MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiff
KATHERINE JOHNSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>          Plaintiff,<br>     vs.<br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; SERGEANT B. RODGERS; DEPUTY MCQUILLAN; DEPUTY WYATT MASON; DEPUTY JOSHUA DORSTAD; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT, and DOES 2–20; individually, jointly, and severally,<br><br>          Defendants. | No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY RELATED TO DEFENDANT CFMG'S FINANCIAL CONDITION** |

Case No.: 2:19-cv-01722-JAM-DB: STIP. AND ORDER RE DISCOVERY OF CFMG's FINANCIAL CONDITION

Plaintiff and Defendant California Forensic Medical Group ("CFMG"), hereby stipulate to the following:

1. This case involves the death of pretrial detainee Randall Johnson two days after he was booked into Shasta County jail. Plaintiff brought civil rights/wrongful death claims against Shasta County, the city of Redding, the jail medical provider, CFMG, and the individual Defendants involved. Plaintiff also brought punitive damages claims against the individual Defendants and CFMG.

2. On November 27, 2019, Plaintiff served on the CFMG Defendants Plaintiff's Request for Production of Documents ("RFP") (Set One) No. 19, which requested: [A]ll DOCUMENTS, for the year the INCIDENT took place, concerning CFMG's financial information and documentation related to budgets (including line item budgets, budget amounts for categories of different services provided), assets, income, net worth, profit-and-loss statements, balance sheets; cash flow statements and documents; shareholder's reports; and the value of CFMG.

3. On January 27, 2020, the CFMG Defendants objected to RFP No. 19.

4. Given the CFMG Defendants' recent corporate restructuring, to avoid the unnecessary expenditure of attorneys' fees and costs on a discovery dispute, and to conserve the time and resources of the parties and the Court, the parties hereby stipulate and agree that CFMG's responses to discovery concerning its financial condition may be served two months before the close of fact discovery.

Dated:  June 29, 2020                                   HADDAD & SHERWIN LLP


                                                        /s/ *Teresa Allen*
                                                        TERESA ALLEN
                                                        Attorneys for Plaintiff

CASE NO.: 2:19-cv-01722-JAM-DB: STIP. AND ORDER RE DISCOVERY OF CFMG'S FINANCIAL CONDITION

1

| | | |
|---|---|---|
| Dated: June 29, 2020 | | THE LAW OFFICERS OF JEROME VARANINI |

*/s/ Jerome M. Varanini*

JEROME M. VARANINI
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; and DEBORAH SAEGER, MFT

**<u>ORDER</u>**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: June 30, 2020                           /s/ DEBORAH BARNES
                                              UNITED STATES MAGISTRATE JUDGE