UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON DECEASED, etc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF REDDING, et al.,<br><br>Defendants. | No. 2:19-cv-1722 JAM DB<br><br>ORDER |

Pursuant to communication with the parties, on July 21, 2020, this matter was set for an Informal Telephonic Discovery Conference. (ECF No. 22.) The parties were ordered to file a joint letter brief that was "no more than two (2) pages in length[.]"[1] (Id.) That same day the parties filed a five-page letter brief. (ECF No. 23.) Accordingly, the Informal Telephonic Discovery Conference was vacated the following day. (ECF No. 24.)

On August 7, 2020, the parties filed a notice of discovery motion and Joint Statement Re: Discovery Disagreement. (ECF No. 25.) The undersigned's Standard Information re discovery disputes set forth on the court's web page explains that parties must meet and confer prior to filing a discovery motion and "must again confer in person or via telephone or video

---

[1] The parties were also advised of this page limitation prior to the setting of the Informal Telephonic Discovery Conference.

conferencing" prior to the filing of the joint statement.  See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db.

Here, the parties' Joint Statement reflects that the parties' last telephonic or in person met and confer occurred back on March 10, 2020.  (JS (ECF No. 25) at 5.)  That meet and confer occurred prior to an additional production from defendants, prior to the setting of this matter for an Informal Telephonic Conference, and almost four months prior to the filing of the Joint Statement.  At a minimum, the parties should have met and conferred after the undersigned vacated the Informal Telephonic Conference but prior to the filing of the Joint Statement.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 7, 2020 motion to compel (ECF No. 25) is denied without prejudice to renewal; and

2. The September 4, 2020 hearing is vacated.

Dated:  August 31, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/johnson0907.m&c.ord

2