|   |   |
|---|---|
| 1 | MICHAEL J. HADDAD (SBN 189114) |
|   | JULIA SHERWIN (SBN 189268) |
| 2 | TERESA ALLEN (SBN 264865) |
|   | HADDAD & SHERWIN LLP |
| 3 | 505 Seventeenth Street |
|   | Oakland, CA 94612 |
| 4 | Telephone:    (510) 452-5500 |
|   | Facsimile:     (510) 452-5510 |
| 5 |   |
| 6 | Attorneys for Plaintiff |
|   | KATHERINE JOHNSON |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,

  Plaintiff,

  vs.

CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL  CAPTAIN DAVE KENT; SERGEANT B. RODGERS; DEPUTY MCQUILLAN; DEPUTY WYATT MASON; DEPUTY JOSHUA DORSTAD; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT,  and DOES 2–20; individually, jointly, and severally,

  Defendants.

Case No. 2:19-cv-01722-JAM-DB

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (ECF NO. 16)**

Case No.: 2:19-cv-01722-JAM-DB: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

The parties hereby stipulate and agree to modify the Scheduling Order in this matter (ECF No. 16), as follows:

1. This is the parties' first request for a continuance in this case.

2. This is a wrongful death civil rights case involving Redding police, Shasta County jail personnel and CFMG/Wellpath correctional health care personnel. The case involves nineteen named Defendants represented by three separate law firms. The parties are represented by experienced counsel who have worked together before, sometimes on many cases, and counsel have worked cooperatively throughout this litigation. The parties have exchanged voluminous written discovery. Due to the COVID-19 pandemic and statewide lockdown, discovery was delayed in this matter for months. Even with the pandemic, the parties have completed thirteen depositions, including the Defendant Redding Police Officers, several of the Defendant County Deputies, emergency medical personnel, and some other percipient witnesses. There are several more depositions to complete. Many of the Defendants and witnesses now live out of state, and Plaintiff lives in Spokane, Washington. Also, the Shasta County Coroner's office has not yet been able to confirm a date for Plaintiff's requested examination of Decedent Randall Johnson's biological material by Plaintiff's expert forensic pathologist. Plaintiff's expert needs to do complete that examination before he can complete a report.

3. In addition, Plaintiff's counsel have had a roof leak at their office that soaked insulation and the ceiling, which was discovered to contain asbestos. Plaintiff's counsel were required to move completely out of their office so that asbestos remediation and restoration can occur.

4. Also, one of the associates working for Plaintiff's counsel left the firm at the end of 2019, and the firm was not able to fill that vacancy before the Alameda County COVID-19 lockdown arose on March 16, 2020. The remaining associate has had to home-school her three

young children since March 2020, and has not been able to work more than part-time. Plaintiff's counsel have hired a law graduate who took the October 2020 Bar Exam and will be sworn in most likely early next year.

5. Moreover, several counties in California, including Alameda and Contra Costa counties, where Plaintiff's counsel and the City of Redding Defendants' counsel are located, have issued another COVID-19 lockdown that is currently scheduled to last at least until January 4, 2021.

6. The County and City of Redding Defendants would like more time between the hearing on dispositive motions and filing the joint pretrial statement, and do not agree to a November 29, 2021, trial date. To accommodate all parties' and their counsel's schedules, and to allow for the completion of discovery and expert disclosures, the parties hereby stipulate to a continuance of the dates in this matter. The continuance would move dates as follows, adjusted pursuant to the Court's instructions:

| **Event** | **Current Date** | **New Date** |
| --- | --- | --- |
| Joint Mid-Litigation Statement | April 9, 2021 | August 6, 2021 |
| Fact Discovery Cutoff | April 23, 2021 | August 20, 2021 |
| Expert Disclosures | February 19, 2021 | June 25, 2021 |
| Rebuttal Expert Disclosures | March 5, 2021 | July 16, 2021 |
| Expert Discovery Cutoff | April 23, 2021 | August 20, 2021 |
| Deadline to Meet and Confer re: any Cross-Dispositive Motions | April 20, 2021 | August 13, 2021 |
| Dispositive Motion Filing | May 18, 2021 | October 1, 2021 |
| Dispositive Motion hearing | June 15, 2021, 1:30 p.m. | November 16, 2021, 1:30 p.m. |
| Joint Pretrial Statement | July 16, 2021 | December 31, 2021 |
| Final Pretrial Conference | July 23, 2021, 10:00 a.m. | January 7, 2022, 10:00 a.m. |

CASE NO.: 2:19-cv-01722-JAM-DB: STIP. AND ORDER TO MODIFY SCHEDULING ORDER   2

| | | |
|---|---|---|
| Trial | August 30, 2021, 9:00 a.m. | February 14, 2022, 9:00 a.m. |

Dated:  December 3, 2020                              HADDAD & SHERWIN LLP


                                                     /s/ *Julia Sherwin*
                                                     JULIA SHERWIN
                                                     Attorneys for Plaintiff

Dated:  December 10, 2020                            MCNAMARA, NEY, BEATTY, SLATTERY,
                                                     BORGES & AMBACHER LLP


                                                     */s/ Noah Blechman*
                                                     NOAH BLECHMAN
                                                     Attorneys for Defendants
                                                     CITY OF REDDING; REDDING POLICE CHIEF
                                                     ROGER MOORE; OFFICER DARREN HULL; and
                                                     OFFICER TREVOR KUYPER


Dated:  December 10, 2020                            BRICKWOOD LAW OFFICE


                                                     */s/ Gary Brickwood*
                                                     GARY BRICKWOOD
                                                     Attorneys for Defendants
                                                     SHASTA COUNTY; SHERIFF-CORONER TOM
                                                     BOSENKO; SHASTA COUNTY JAIL CAPTAIN
                                                     DAVE KENT; SERGEANT B. RODGERS; DEPUTY
                                                     MCQUILLAN; DEPUTY WYATT MASON; and
                                                     DEPUTY JOSHUA DORSTAD


Dated:  December 10, 2020                            THE LAW OFFICERS OF JEROME VARANINI


                                                      */s/ Jerome M. Varanini*
                                                     JEROME M. VARANINI
                                                     Attorneys for Defendants
                                                     CALIFORNIA FORENSIC MEDICAL GROUP,
                                                     INC.; KERI RUBALCAVA, R.N.; AMANDA REAM,
                                                     R.N.; LINDA SMITH, R.N.; JOHN MAIKE,
                                                     Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.;
                                                     SHELBY CALLAHAN, L.V.N.; and DEBORAH
                                                     SAEGER, MFT

# ORDER

Based on the parties' stipulation, and with good cause appearing,

IT IS HEREBY ORDERED that the Pretrial Scheduling Order (ECF No. 16) is modified and the trial and pretrial dates in this matter are continued as follows:

| Event | Current Date | New Date |
|---|---|---|
| Joint Mid-Litigation Statement | April 9, 2021 | August 6, 2021 |
| Fact Discovery Cutoff | April 23, 2021 | August 20, 2021 |
| Expert Disclosures | February 19, 2021 | June 25, 2021 |
| Rebuttal Expert Disclosures | March 5, 2021 | July 16, 2021 |
| Expert Discovery Cutoff | April 23, 2021 | August 20, 2021 |
| Deadline to Meet and Confer re: any Cross-Dispositive Motions | April 20, 2021 | August 13, 2021 |
| Dispositive Motion Filing | May 18, 2021 | October 1, 2021 |
| Dispositive Motion hearing | June 15, 2021, 1:30 p.m. | November 16, 2021, 1:30 p.m. |
| Joint Pretrial Statement | July 16, 2021 | December 31, 2021 |
| Final Pretrial Conference | July 23, 2021, 10:00 a.m. | January 7, 2022, 10:00 a.m. |
| Trial | August 30, 2021, 9:00 a.m. | February 14, 2022 9:00 a.m. |

IT IS SO ORDERED.

DATED: December 11, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE