MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:    (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiff
KATHERINE JOHNSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually, <br><br>　　　　　Plaintiff, <br><br>　　vs. <br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL  CAPTAIN DAVE KENT; SERGEANT B. RODGERS; DEPUTY MCQUILLAN; DEPUTY WYATT MASON; DEPUTY JOSHUA DORSTAD; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT,  and DOES 2–20; individually, jointly, and severally, <br><br>　　　　　Defendants. | Case No. 2:19-cv-01722-JAM-DB <br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (ECF NOS. 16, 32)** |

The parties hereby stipulate and agree to modify the Scheduling Order in this matter (ECF Nos. 16, 32), as follows:

1. This is the parties' second request for a continuance in this case. The first request was filed December 10, 2020. New counsel have appeared for one of the Defendants, and Plaintiff's counsel's water damage restoration in their office, referenced in the December 10, 2020, stipulation, is anticipated to be completed so that they can move back into their office in May 2021. The parties therefore request a continuance of dates to allow for new counsel to get up to speed, Plaintiff's counsel to move their entire office again, and all parties' experts to have sufficient time to review the voluminous discovery before completing their reports.

2. This is a wrongful death civil rights case involving Redding police, Shasta County jail personnel and CFMG/Wellpath correctional health care personnel. The case involves nineteen named Defendants represented now by four separate law firms. The parties are represented by experienced counsel who have worked together before, sometimes on many cases, and counsel have worked cooperatively throughout this litigation. The parties have exchanged voluminous written discovery. Due to the COVID-19 pandemic and statewide lockdown, discovery was delayed in this matter for months. Even with the pandemic, the parties have completed thirteen depositions, including the Defendant Redding Police Officers, several of the Defendant County Deputies, emergency medical personnel, and some other percipient witnesses. There are several more depositions to complete. Defendants wish to bring Plaintiff down from Spokane for her deposition, and both she and Plaintiff's counsel must be fully vaccinated against Covid-19 for that to happen safely. The parties have scheduled seventeen depositions for later this month, and Plaintiff's expert forensic pathologist will examine Decedent Randall Johnson's biological material on April 19, 2021.

3. As discussed before, Plaintiff's counsel have had a roof leak at their office that soaked insulation and the ceiling, which was discovered to contain asbestos. Plaintiff's counsel were required to move completely out of their office so that remediation and restoration could occur. Handling this work required Plaintiff's counsel to devote significant time to dealing with contractors and subcontractors. Plaintiff's counsel have been informed by their contractors that the work should be finished so that Plaintiff's counsel can move back into their office next month.

4. Also, one of the associates working for Plaintiff's counsel left the firm at the end of 2019, and the firm was not able to fill that vacancy before the Alameda County COVID-19 lockdown arose on March 16, 2020. The remaining associate has had to home-school her three young children since March 2020, and has not been able to work more than part-time.

5. Additionally, several counties in California, including Alameda and Contra Costa counties, where Plaintiff's counsel and the City of Redding Defendants' counsel are located, have issued additional COVID-19 lockdowns.

6. Moreover, this District is still not conducting in-person trials, and when trials resume, Plaintiff's counsel have been informed by other judges in this District that trials in criminal cases will necessarily take priority before trials in civil cases.

7. To accommodate all parties' and their counsel's schedules, and to allow for the completion of discovery and expert disclosures, the parties hereby stipulate to a continuance of the dates in this matter, with continued trial and pretrial dates pursuant to the Court's instructions. The continuance would move dates as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Joint Mid-Litigation Statement | August 6, 2021 | October 1, 2021 |
| Fact Discovery Cutoff | August 20, 2021 | October 15, 2021 |
| Expert Disclosures | June 25, 2021 | August 27, 2021 |
| Rebuttal Expert Disclosures | July 16, 2021 | September 17, 2021 |
| Expert Discovery Cutoff | August 20, 2021 | October 15, 2021 |
| Deadline to Meet and Confer re: any Cross-Dispositive Motions | August 13, 2021 | November 5, 2021 |
| Dispositive Motion Filing | October 1, 2021 | November 26, 2021 |
| Dispositive Motion hearing | November 16, 2021, 1:30 p.m. | January 11, 2022, 1:30 p.m. |
| Joint Pretrial Statement | December 31, 2021 | February 11, 2022 |
| Final Pretrial Conference | January 7, 2022, 10:00 a.m. | February 25, 2022, 10:00 a.m. |
| Trial | February 14, 2022, 9:00 a.m. | April 18, 2022, 9:00 a.m. |

Dated:  April 7, 2021                    HADDAD & SHERWIN LLP

/s/ *Julia Sherwin*

JULIA SHERWIN
Attorneys for Plaintiff

Dated:  April 7, 2021                    MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

*/s/ Noah Blechman*

NOAH BLECHMAN
Attorneys for Defendants
CITY OF REDDING; REDDING POLICE CHIEF ROGER MOORE; OFFICER DARREN HULL; and OFFICER TREVOR KUYPER

CASE NO.: 2:19-cv-01722-JAM-DB: STIP. AND ORDER TO MODIFY SCHEDULING ORDER          3

1 | Dated: April 7, 2021                                    BRICKWOOD LAW OFFICE

2                                                                                      */s/ Gary Brickwood*
                                                                                       GARY BRICKWOOD
3                                                                                      Attorneys for Defendants
4                                                                                      SHASTA COUNTY; SHERIFF-CORONER TOM BOSENKO; SHASTA COUNTY JAIL CAPTAIN
5                                                                                      DAVE KENT; SERGEANT B. RODGERS; DEPUTY MCQUILLAN; DEPUTY WYATT MASON; and
6                                                                                      DEPUTY JOSHUA DORSTAD

7

8 | Dated: April 7, 2021                                    THE LAW OFFICES OF JEROME VARANINI

9
                                                                                        */s/ Jerome M. Varanini*
10                                                                                     JEROME M. VARANINI
                                                                                       Attorneys for Defendants
11                                                                                     CALIFORNIA FORENSIC MEDICAL GROUP,
12                                                                                     INC.; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE,
13                                                                                     Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; and DEBORAH SAEGER, MFT
14

15
    Dated: April 7, 2021                                    BERTLING LAW GROUP, INC.
16

17
                                                                                        */s/ Jemma Parker Saunders*
18                                                                                     JEMMA PARKER SAUNDERS
                                                                                       Attorneys for Defendant
19                                                                                     SHELBY CALLAHAN, L.V.N.

20

21

22

23

24

25

26

27

28

## **ORDER**

Based on the parties' stipulation, and with good cause appearing,

IT IS HEREBY ORDERED that the Pretrial Scheduling Order (ECF Nos. 16 and 32) is modified and the pretrial dates in this matter are continued as follows:

| **Event** | **Current Date** | **New Date** |
| --- | --- | --- |
| Joint Mid-Litigation Statement | August 6, 2021 | October 1, 2021 |
| Fact Discovery Cutoff | August 20, 2021 | October 15, 2021 |
| Expert Disclosures | June 25, 2021 | August 27, 2021 |
| Rebuttal Expert Disclosures | July 16, 2021 | September 17, 2021 |
| Expert Discovery Cutoff | August 20, 2021 | October 15, 2021 |
| Deadline to Meet and Confer re: any Cross-Dispositive Motions | August 13, 2021 | November 5, 2021 |
| Dispositive Motion Filing | October 1, 2021 | November 26, 2021 |
| Dispositive Motion hearing | November 16, 2021, 1:30 p.m. | January 11, 2022, 1:30 p.m. |
| Joint Pretrial Statement | December 31, 2021 | February 11, 2022 |
| Final Pretrial Conference | January 7, 2022, 10:00 a.m. | February 25, 2022, 11:00 a.m. |
| Trial | February 14, 2022, 9:00 a.m. | April 18, 2022, 9:00 a.m. |

IT IS SO ORDERED.

DATED:  April 7, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE