MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiff
KATHERINE JOHNSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; SERGEANT B. RODGERS; DEPUTY MCQUILLAN; DEPUTY WYATT MASON; DEPUTY JOSHUA DORSTAD; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT, and DOES 2–20; individually, jointly, and severally,<br><br>  Defendants. | Case No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (ECF NOS. 16, 32, 39)** |

The parties hereby stipulate and agree to modify the Scheduling Order in this matter (ECF Nos. 16, 32, 39), as follows:

1. The parties are represented by counsel who have worked together on many cases and are working cooperatively. However, there has been difficulty completing some of the remaining depositions due to scheduling conflicts for the witnesses and the five sets of counsel. This is the parties' third request for a continuance in this case, and the parties request a brief continuance of only some of the dates.

2. Noticed depositions in this case had to be postponed due to the trial schedule of defense counsel Jerome Varanini. The noticed depositions of two defendants (Linda Smith and Redding Police Chief Roger Moore) have also had to be continued again due to problems with their calendars. In addition, at the beginning of his deposition on April 27, 2021, witness Thomas Hammond, LVN, informed the parties that he had a pending lawsuit or wage claim against his former employer, Defendant CFMG. His deposition was then postponed to allow his counsel to be present in the deposition. The rescheduled date for his deposition had to be continued again to accommodate the trial schedules of defense counsel Jerome Varanini and Noah Blechman. Mr. Hammond's counsel has not yet confirmed his availability for the rescheduled deposition. Defendant Cynthia Collins and a Rule 30(b)(6) witness for CFMG have not yet confirmed their noticed depositions. Additionally, the County Defendants have noticed the depositions of several friends of Decedent Randall Johnson for August 17, 2021. The parties' experts need the transcripts of these depositions to prepare their reports.

3. The parties therefore request a brief continuance of the expert disclosure and discovery deadlines, which will not impact the dispositive motion, pretrial, or trial dates, as follows:

| Event | Current Date | New Date |
|---|---|---|
| Joint Mid-Litigation Statement | October 1, 2021 | October 29, 2021 |
| Fact Discovery Cutoff | October 15, 2021 | November 12, 2021 |
| Expert Disclosures | August 27, 2021 | September 24, 2021 |
| Rebuttal Expert Disclosures | September 17, 2021 | October 22, 2021 |
| Expert Discovery Cutoff | October 15, 2021 | November 12, 2021 |

4. All other dates will remain the same.

Dated: June 30, 2021    HADDAD & SHERWIN LLP

/s/ *Julia Sherwin*

JULIA SHERWIN
Attorneys for Plaintiff

Dated: June 30, 2021    MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

/s/ *Noah Blechman*

NOAH BLECHMAN
Attorneys for Defendants
CITY OF REDDING; REDDING POLICE CHIEF ROGER MOORE; OFFICER DARREN HULL; and OFFICER TREVOR KUYPER

| | | |
|---|---|---|
| 1 | Dated: July 1, 2021 | BRICKWOOD LAW OFFICE |
| 2 | | */s/ Gary Brickwood* |
| 3 | | GARY BRICKWOOD<br>Attorneys for Defendants |
| 4 | | SHASTA COUNTY; SHERIFF-CORONER TOM BOSENKO; SHASTA COUNTY JAIL CAPTAIN |
| 5 | | DAVE KENT; SERGEANT B. RODGERS; DEPUTY MCQUILLAN; DEPUTY WYATT MASON; and |
| 6 | | DEPUTY JOSHUA DORSTAD |
| 7 | | |
| 8 | Dated: June 30, 2021 | THE LAW OFFICES OF JEROME VARANINI |
| 9 | | |
| 10 | | */s/ Jerome M. Varanini* |
| 11 | | JEROME M. VARANINI<br>Attorneys for Defendants |
| 12 | | CALIFORNIA FORENSIC MEDICAL GROUP, INC.; KERI RUBALCAVA, R.N.; AMANDA REAM, |
| 13 | | R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; and |
| 14 | | DEBORAH SAEGER, MFT |
| 15 | Dated: June 30, 2021 | BERTLING LAW GROUP, INC. |
| 16 | | |
| 17 | | */s/ Jemma Parker Saunders* |
| 18 | | JEMMA PARKER SAUNDERS<br>Attorneys for Defendant |
| 19 | | SHELBY CALLAHAN, L.V.N. |

# ORDER

Based on the parties' stipulation, and with good cause appearing,

IT IS HEREBY ORDERED that the Pretrial Scheduling Order (ECF Nos. 16, 32, and 39) is modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Joint Mid-Litigation Statement | October 1, 2021 | October 29, 2021 |
| Fact Discovery Cutoff | October 15, 2021 | November 12, 2021 |
| Expert Disclosures | August 27, 2021 | September 24, 2021 |
| Rebuttal Expert Disclosures | September 17, 2021 | October 22, 2021 |
| Expert Discovery Cutoff | October 15, 2021 | November 12, 2021 |

All other dates set forth in ECF No. 39 will remain the same.

IT IS SO ORDERED.

DATED: July 1, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE