1  MICHAEL J. HADDAD (SBN 189114)
   JULIA SHERWIN (SBN 189268)
2  TERESA ALLEN (SBN 264865)
   HADDAD & SHERWIN LLP
3  505 Seventeenth Street
   Oakland, CA 94612
4  Telephone:   (510) 452-5500
   Facsimile:   (510) 452-5510
5
6  Attorneys for Plaintiff
   KATHERINE JOHNSON
7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>            Plaintiff,<br>     vs.<br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL  CAPTAIN DAVE KENT; SERGEANT B. RODGERS; DEPUTY WYATT MASON; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.;  DEBORAH SAEGER, MFT, and DOES 2–20; individually, jointly, and severally,<br><br>            Defendants. | Case No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (ECF NOS. 16, 32, 39, 42)** |

The parties hereby stipulate and agree to modify the Scheduling Order in this matter (ECF Nos. 16, 32, 39, 42), as follows:

1. This is a wrongful death civil rights case involving Redding police, Shasta County jail personnel and CFMG/Wellpath correctional health care personnel. The case involves seventeen named Defendants represented by four separate law firms. The parties are represented by experienced counsel who have worked together before, sometimes on many cases, and counsel have worked cooperatively throughout this litigation. This is the parties' fourth request for a continuance in this case, and the parties requested a brief continuance of only some of the dates to allow the parties to engage in mediation. The Court has provided the parties with guidance about continued dates it has available, and the parties include those in this Stipulation and (Proposed) Order.

2. The parties have exchanged voluminous written discovery and completed 30 depositions in this complex matter, including all parties, Shasta County jail and CFMG/Wellpath medical personnel and Persons Most Knowledgeable, and a percipient witness. Plaintiff's counsel will also depose proposed CFMG/Wellpath Defendant Thomas Hammond, L.V.N. on September 3, 2021.

3. The parties have scheduled a mediation with the Honorable Raul A. Ramirez (Ret.) for October 27, 2021, which was the earliest date that worked for the parties and Judge Ramirez. The parties will exchange expert reports before the mediation. However, the costs to depose the parties' many anticipated experts (addressing police and jail practices, along with medical standard of care and causation issues) before the mediation, and for Defendants to begin drafting their motions for summary judgment, would be substantial and unnecessary in the event the case settles at mediation. Moreover, the increase in fees and costs would not assist the parties in reaching a settlement. A brief one-month continuance would permit all parties to mediate in good faith, without having to run up otherwise unnecessary costs and fees, while preserving adequate time to

complete fact discovery and expert discovery and prepare for trial in the event the case does not settle.

4. If the case does not settle, the current pretrial deadlines would only permit approximately two weeks to depose the parties' experts by the November 12, 2021, expert discovery deadline, which is insufficient time to find dates for the depositions that accommodate all five sets of counsel as well as the multiple expert witnesses anticipated. Additionally, Defendants' motion for summary judgment would be due shortly thereafter, on November 26, 2021.

5. Having consulted with the Court, and following its guidance about available dates, the parties therefore request a brief continuance of the expert discovery, dispositive motion, pretrial conference, and trial dates, as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Expert Disclosures | September 24, 2021 | October 15, 2021 |
| Rebuttal Expert Disclosures | October 22, 2021 | November 12, 2021 |
| Joint Mid-Litigation Statement | October 29, 2021 | December 3, 2021 |
| Expert Discovery Cutoff | November 12, 2021 | December 17, 2021 |
| Fact Discovery Cutoff | November 12, 2021 | December 17, 2021 |
| Dispositive Motion Filing | November 26, 2021 | January 28, 2022 |
| Dispositive Motion Hearing | January 11, 2022 | March 15, 2022, at 1:30 p.m. |
| Final Pretrial Conference | February 25, 2022 | May 6, 2022, at 11:00 a.m. |
| Trial | April 18, 2022 | June 20, 2022, at 9:00 a.m. |

6. All other dates will remain the same.

| | | |
|---|---|---|
| 1 | Dated:  September 1, 2021 | HADDAD & SHERWIN LLP |
| 2 | | |
| 3 | | /s/ *Julia Sherwin* |
| | | JULIA SHERWIN |
| 4 | | Attorneys for Plaintiff |

Dated:  September 2, 2021    MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

/s/ *Noah Blechman*

NOAH BLECHMAN
Attorneys for Defendants
CITY OF REDDING; REDDING POLICE CHIEF ROGER MOORE; OFFICER DARREN HULL; and OFFICER TREVOR KUYPER

Dated:  September 2, 2021    BRICKWOOD LAW OFFICE

/s/ *Gary Brickwood*

GARY BRICKWOOD
Attorneys for Defendants
SHASTA COUNTY; SHERIFF-CORONER TOM BOSENKO; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; SERGEANT B. RODGERS; and DEPUTY WYATT MASON

Dated:  September 2, 2021    THE LAW OFFICES OF JEROME VARANINI

/s/ *Jerome Varanini*

JEROME M. VARANINI
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; and DEBORAH SAEGER, MFT

| | | |
|---|---|---|
| 1 | Dated:  September 2, 2021 | BERTLING LAW GROUP, INC. |
| 2 | | |
| 3 | | /s/ *Jemma Parker Saunders* |
| | | JEMMA PARKER SAUNDERS |
| 4 | | Attorneys for Defendant |
| | | SHELBY CALLAHAN, L.V.N. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Based on the parties' stipulation, and with good cause appearing,

    IT IS HEREBY ORDERED that the Pretrial Scheduling Order (ECF Nos. 16, 32, 39, and 42) is modified as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosures due | September 24, 2021 | October 15, 2021 |
| Rebuttal Expert Disclosures | October 22, 2021 | November 12, 2021 |
| Joint Mid-Litigation Statement | October 29, 2021 | December 3, 2021 |
| Expert Discovery Cutoff | November 12, 2021 | December 17, 2021 |
| Fact Discovery Cutoff | November 12, 2021 | December 17, 2021 |
| Dispositive Motion Filing | November 26, 2021 | January 28, 2022 |
| Dispositive Motion Hearing | January 11, 2022 | March 15, 2022, at 1:30 p.m. |
| Final Pretrial Conference | February 25, 2022 | May 6, 2022, at 11:00 a.m. |
| Trial | April 18, 2022 | June 20, 2022, at 9:00 a.m. |

All other dates set forth in ECF No. 42 will remain the same.

IT IS SO ORDERED.

DATED: September 2, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

CASE NO.: 2:19-cv-01722-JAM-DB: STIP. AND ORDER TO MODIFY SCHEDULING ORDER

5