Peter G. Bertling (SBN 131602)
Jemma Parker Saunders (SBN 227962)
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-869-1597
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com
Attorneys for Defendant SHELBY CALLAHAN, L.V.N.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>              Plaintiff,<br><br>v.<br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; SERGEANT B. RODGERS; DEPUTY MCQUILLAN; DEPUTY WYATT MASON; DEPUTY JOSHUA DORSTAD; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation DOE Defendant 1; KERI RUBALCAVA, R.N. AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT, and DOES 2–20; individually, jointly, and severally,<br><br>              Defendants. | Case No.:  2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT SHELBY CALLAHAN, L.V.N. TO RESPOND TO PLAINTIFF'S INTERROGATORIES, SET ONE (1) AND REQUEST FOR PRODUCTION OF DOCUMENTS, SET THREE (3) BY APRIL 1, 2022.**<br><br><br><br><br>Action Filed: August 30, 2019<br>Judge: John A. Mendez |

2:19-cv-01722-JAM-DB
- 1 -
**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT SHELBY CALLAHAN, L.V.N. TO RESPOND TO PLAINTIFF'S INTERROGATORIES, SET ONE (1) AND REQUEST FOR PRODUCTION OF DOCUMENTS, SET THREE (3) BY APRIL 1, 2022.**

Plaintiff RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually ("Plaintiff") and Defendant SHELBY CALLAHAN, L.V.N. ("Defendant"), by and through their attorneys of record in the above-captioned matter, hereby stipulate that the time for Defendant to respond to Plaintiff's Interrogatories, Set One (1) and Request for Production of Documents, Set Three (3) is extended to April 1, 2022.

This extension is outside the close of discovery but is appropriate given Interrogatories Set One (1) and Request for Production of Documents, Set Three (3) relates to Defendant's financial condition at the time of Trial. This is the first stipulation for an extension of time between the parties.

                                        Respectfully submitted,

DATED: September 10, 2021       BERTLING LAW GROUP, INC.

                                        */s/ Peter G. Bertling*
                                        Peter G. Bertling
                                        Jemma Parker Saunders
                                        Attorneys for Defendant
                                        Shelby Callahan, L.V.N.

DATED: September 10, 2021      HADDAD & SHERWIN LLP

                                        */s/ Julia Sherwin*
                                        Michael J. Haddad
                                        Julia Sherwin
                                        Teresa Allen
                                        Attorneys for Plaintiff

I, Peter G. Bertling, attest that all parties concur in the contents of this Stipulation and [Proposed] Order and have authorized its filing.

                                        */s/ Peter G. Bertling*

# ORDER

GOOD CAUSE APPEARING and the parties having stipulated, it is hereby ordered that Defendant SHELBY CALLAHAN, L.V.N., has until April 1, 2022 to respond to Plaintiff's Request Interrogatories, Set One (1) and Request for Production of Documents, Set Three (3).

IT IS SO ORDERED.

Dated:  September 17, 2021        /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE