NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF REDDING; REDDING POLICE CHIEF ROGER
MOORE; REDDING POLICE OFFICER DARREN HULL; and
REDDING POLICE OFFICER TREVOR KUYPER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; SERGEANT B. RODGERS; DEPUTY MCQUILLAN; DEPUTY WYATT MASON; DEPUTY JOSHUA DORSTAD; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT, and DOES 2-20; individually, jointly, and severally,<br><br>Defendants. | Case No. C19-01722 JAM-DB<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR REDDING DEFENDANTS' RESPONSES TO PLAINTIFF'S INTERROGATORIES SET ONE AND REQUESTS FOR DOCUMENTS SET THREE** |

STIP. AND ORDER TO EXTEND TIME FOR
REDDING DEFENDANTS' RESPS. TO ROGS &
RFPD; C19-01722 JAM-DB

Plaintiff KATHERINE JOHNSON ("Plaintiff") and Defendants CITY OF REDDING; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; and REDDING POLICE OFFICER TREVOR KUYPER ("Redding Defendants"), by and through their respective attorneys of record hereby stipulate that the period for the individual Redding Defendants to respond to Plaintiff's Interrogatories, Set One and Plaintiff's Request for Production of Documents and Things, Set Three is extended to April 1, 2022.  This proposed extension falls outside of the close of discovery, but is appropriate given the discovery requests are related to the individual Defendant's financial condition at trial, which is set for June 20, 2022.

The undersigned attests that permission in the filing of this document(s) has been obtained from the signatory below which shall serve in lieu of the actual signatures on the document(s).

Dated:  September 24, 2021        HADDAD & SHERWIN LLP

By:   /s/ Sherwin, Julia

Michael J. Haddad
Julia Sherwin
Teresa Allen
Attorneys for Plaintiff

Dated:  September 24, 2021        MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP


By:   /s/ Blechman, Noah G.
Noah G. Blechman
Attorneys for Redding Defendants

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED that the individual Redding Defendants, Chief Roger Moore, Officer Darren Hull, and Officer Trevor Kuyper have until April 1, 2022 to respond to Plaintiff's Interrogatories, Set One and Plaintiff's Request for Production of Documents and Things, Set Three.

**IT IS SO ORDERED.**

Dated:  September 24, 2021        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

STIP. AND [PROPOSED] ORDER TO EXTEND TIME FOR REDDING DEFENDANTS' RESPS. TO ROGS & RFPD; C19-01722 JAM-DB    3