**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879
office@brickwoodlaw.com

Attorneys for Defendants SHASTA COUNTY,
TOM BOSENKO, DAVE KENT, DEPUTY BRANDEN RODGERS,
and DEPUTY WYATT MASON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>    Plaintiff,<br><br>    vs.<br><br>SHASTA COUNTY, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a Public Entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; SERGEANT B. RODGERS; DEPUTY MCQUILLAN; DEPUTY WYATT MASON; DEPUTY JOSHUA DORSTAD; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California Corporation; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.;JOHN MAIKE, Psychiatric R.N.;CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.;DEBORAH SAEGER, MFT; and DOES 1-20, Individually, Jointly and Severally,<br><br>    Defendants.<br>_____/ | Case No. 2:19-CV-01722-JAM-DB<br><br>**ORDER EXTENDING FINANCIAL DISCOVERY** |

ORDER EXTENDING FINANCIAL DISCOVERY

1

1
2      The Court has reviewed the Stipulation and Joint Request and Proposed Order of the
3 parties to extend responses to financial discovery of individual defendants from Shasta County
4 Bosenko, Kent, Rodgers, and Mason to April 1, 2022. Good cause appears for the request and
5 the Court order as follows:
6      IT IS ORDERED that discovery responses from defendants Bosenko, Kent, Rodgers, and
7 Mason to Plaintiff's Interrogatories, Set One, and to Plaintiff's Request for Production of
8 Documents, Set Three, to these individual defendants is extended until April 1, 2022.
9
10
11   DATED: September 30, 2021          /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
12                                      UNITED STATES DISTRICT COURT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER EXTENDING FINANCIAL DISCOVERY