JEROME M. VARANINI   SBN 58531
LAW OFFICES OF JEROME M. VARANINI
641 Fulton Avenue, Suite 200
Sacramento, California 95825-4869
Telephone: (916) 993-4868
Facsimile: (916) 442-5750

Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., KERI RUBALCAVA, R.N., AMANDA REAM. R.N., LINDA SMITH, R.N., JOHN MAIKE, PSYCHIATRIC R.N., CYNTHIA COLLINS, L.V.N., SHELBY CALLAHAN, L.V.N., and DEBORAH SAEGER, MFT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his successor in interest, KATHERINE JOHNSON, KATHERINE JOHNSON, individually,<br><br>              Plaintiffs,<br><br>v.<br><br>CITY OF REDDING, a public entity, REDDING POLICE CHIEF ROGER MOORE, *et al*.,<br>              Defendants. | Case No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER TO RESPOND TO PLAINTIFF'S INTERROGATORIES, SET ONE, AND REQUEST FOR PRODUCTION OF DOCUMENTS, SET THREE, BY APRIL 1, 2022**<br><br>Action Filed:   August 30, 2019<br>Judge:             John A. Mendez |

Plaintiff RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually ("Plaintiff") and Defendants "CFMG," Rubalcava, Ream, Smith, Maike, Collins, and Saeger ("Defendants"), by and through their respective

1

attorneys of record in the above-entitled matter, hereby stipulate that the time for the Defendants to respond to Plaintiff's Interrogatories, Set No. One, and Requests for Production of Documents, Set Three, is extended to April 1, 2022.

      This extension is outside the date for the close of discovery but is appropriate given the fact that the Interrogatories and Production of Document Demand noted in this Stipulation relate to Defendants' financial condition as of the time of the trial of this matter. This is the first Stipulation for an extension of time between the parties.

DATED: September 22, 2021   LAW OFFICES OF JEROME M. VARANINI

      /s/ Jerome M. Varanini

      _____
      BY:   JEROME M. VARANINI
             Attorneys for Defendants

DATED: September 30, 2021   HADDAD & SHERWIN, LLP

      /s/ Teresa Allen

      _____
      BY:   MICHAEL J. HADDAD
             JULIA SHERWIN
             TERESA ALLEN
             Attorneys for Plaintiff

      I, JEROME M. VARANINI, attest that all parties concur in the contents of this Stipulation and [Proposed] Order and have authorized this filing.

DATED: September 30, 2021   LAW OFFICES OF JEROME M. VARANINI

      /s/ Jerome M. Varanini

      _____
      BY:   JEROME M. VARANINI
             Attorneys for Defendants CFMG, Maike,
             Collins, Ream, Smith, Rubalcava and Saeger

////

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S INTERROGATORIES, SET ONE, AND REQUEST FOR PRODUCTION OF DOCUMENTS, SET THREE, BY APRIL 1, 2022

ORDER

GOOD CAUSE APPEARING, and the parties have stipulated, it is hereby ordered that defendants CFMG, Maike, Collins, Ream, Smith, Rubalcava, and Saeger have until April 1, 2022 to respond to Plaintiff's Interrogatories, Set No. One, and Request for Production of Documents, Set No. Three.

IT IS SO ORDERED.

DATED:  September 30, 2021      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

3

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S INTERROGATORIES, SET ONE, AND REQUEST FOR PRODUCTION OF DOCUMENTS, SET THREE, BY APRIL 1, 2022