1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RANDALL SCOTT JOHNSON                     No.  2:19-cv-1722 JAM DB
      DECEASED, etc., et al.,
12
                     Plaintiffs,
13                                              ORDER

14           v.

15    CITY OF REDDING, et al.,

16                   Defendants.

17

18           On December 1, 2021, plaintiffs filed a motion to exclude defendants' rebuttal expert as

19    well as an ex parte application to hear the motion on shortened time.  (ECF Nos. 65 & 66.)  The

20    motions have been referred to the undersigned pursuant to Local Rule 302(c)(1).  Local Rule

21    144(e) provides that an application to shorten time shall set forth by affidavit of counsel the

22    circumstances justifying the issuances of an order shortening time.  "[A]pplications to shorten

23    time will not be granted except upon affidavit of counsel showing a satisfactory explanation for

24    the need for the issuance of such an order[.]"  Local Rule 144(e).

25           Here, plaintiffs' motion seeks an order setting a "response brief due December 6, 2021," a

26    "reply brief due December 8, 2021," and a hearing on an "expedited schedule," because expert

27    discovery closes in this action on December 17, 2021.  (Mot. Short. Time.  (ECF No. 66) at 3.)

28    Plaintiffs assert that "[p]ursuant to the regular briefing schedule, the Motion" to exclude

                                                    1

1    defendants' rebuttal expert "would not be heard until at least January 4, 2022, over two weeks

2    after expert discovery closes."  (Id.)

3           However, Local Rule 251(a) provides that a motion dealing with a discovery matter may

4    be heard on only 21 days' notice by filing a simple notice of motion and motion scheduling the

5    hearing.  Moreover, the declaration of plaintiffs' counsel states that the rebuttal expert witness

6    disclosure at issue was made "[o]n November 12, 2021[.]"  (Allen Decl. (ECF No. 65-1) at 1.)  In

7    this regard, plaintiffs had approximately two weeks to file a simple notice of motion setting a

8    hearing on or before December 17, 2021, under the standard procedure provided by Local Rule

9    251.  That plaintiffs elected not to do so does not constitute a satisfactory explanation to hear this

10   matter on shortened time.

11          Accordingly, IT IS HEREBY ORDERED that plaintiffs' December 1, 2021 ex parte

12   application for an order shortening time (ECF No. 66) is denied.

13   DATED: December 3, 2021                    /s/ DEBORAH BARNES
                                                UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26   DLB:6
     DB/orders/orders.civil/johnson1722short.time.den.ord
27

28
                                              2