MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:     (510) 452-5500
Facsimile:      (510) 452-5510

Attorneys for Plaintiff
KATHERINE JOHNSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL  CAPTAIN DAVE KENT; SERGEANT B. RODGERS; DEPUTY WYATT MASON; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.;  DEBORAH SAEGER, MFT, and DOES 2–20; individually, jointly, and severally,<br><br>Defendants. | Case No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (ECF NOS. 16, 32, 39, 42, 50)** |

The parties hereby stipulate and agree to modify the Scheduling Order in this matter (ECF Nos. 16, 32, 39, 42, 50), as follows:

1.      This is a wrongful death civil rights case involving Redding police, Shasta County jail personnel and CFMG/Wellpath correctional health care personnel.  The case involves seventeen named Defendants represented by four separate law firms.  The parties are represented by experienced counsel who have worked together before, sometimes on many cases, and counsel have worked cooperatively throughout this litigation.  This is the parties' fifth request for a partial continuance in this case, and the parties requested a brief continuance of only one of the dates to allow the parties to complete expert discovery and related motions.

2.      The current discovery and expert discovery cutoff is December 17, 2021.  While all fact depositions and five expert depositions will be completed by that date, the parties are required to schedule the remaining experts' depositions after that date, due to conflicts in the calendars for counsel and the experts.  The parties therefore stipulate and agree to extend the deadline for expert discovery and expert-related discovery motions only, to January 14, 2022.  This brief continuance will not impact any of the other dates in this case.

3.      All other dates will remain the same.

Dated:  December 3, 2021                    HADDAD & SHERWIN LLP


                                            /s/ *Julia Sherwin*
                                            _____
                                            JULIA SHERWIN
                                            Attorneys for Plaintiff

Dated:  December 5, 2021

MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP

/s/ *Noah Blechman*

NOAH BLECHMAN
Attorneys for Defendants
CITY OF REDDING; REDDING POLICE CHIEF
ROGER MOORE; OFFICER DARREN HULL; and
OFFICER TREVOR KUYPER

Dated:  December 3, 2021

BRICKWOOD LAW OFFICE

/s/ *Gary Brickwood*

GARY BRICKWOOD
Attorneys for Defendants
SHASTA COUNTY; SHERIFF-CORONER TOM
BOSENKO; SHASTA COUNTY JAIL CAPTAIN
DAVE KENT; SERGEANT B. RODGERS; and
DEPUTY WYATT MASON

Dated:  December 3, 2021

THE LAW OFFICES OF JEROME VARANINI

/s/ *Jerome Varanini*

JEROME M. VARANINI
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP,
INC.; KERI RUBALCAVA, R.N.; AMANDA REAM,
R.N.; LINDA SMITH, R.N.; JOHN MAIKE,
Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; and
DEBORAH SAEGER, MFT

Dated:  December 3, 2021

BERTLING LAW GROUP, INC.

/s/ *Jemma Parker Saunders*

JEMMA PARKER SAUNDERS
Attorneys for Defendant
SHELBY CALLAHAN, L.V.N.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

Based on the parties' stipulation, and with good cause appearing,

IT IS SO ORDERED.

Dated:  December 6, 2021                    /s/ John A. Mendez

                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE