MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:     (510) 452-5500
Facsimile:     (510) 452-5510

Attorneys for Plaintiff
KATHERINE JOHNSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>Plaintiff,<br>vs.<br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; SERGEANT B. RODGERS; DEPUTY WYATT MASON; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.;  DEBORAH SAEGER, MFT, and DOES 2–20; individually, jointly, and severally,<br><br>Defendants. | Case No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO EXTEND TIME FOR RULE 30(b)(6) DEPOSITION (ECF NOS. 16, 32, 39, 42, 50, 70)** |

The parties hereby stipulate and agree to modify the Scheduling Order in this matter (ECF Nos. 16, 32, 39, 42, 50, 70), as follows:

1. This is a wrongful death civil rights case involving Redding police, Shasta County jail personnel and CFMG correctional health care personnel. The case involves seventeen named Defendants represented by five separate law firms. This is the parties' sixth request for a partial continuance in this case, and the parties request a brief continuance of the fact discovery deadline only to allow the parties to complete the deposition(s) of California Forensic Medical Group's ("CFMG") Persons Most Knowledgeable.

2. On November 29, 2021, Plaintiff's counsel noticed the deposition of CFMG's Person(s) Most Knowledgeable concerning several matters for December 17, 2021, based on an agreed upon date by all parties.

3. On December 6, 2021, attorney Paul Cardinale, associated into this matter on behalf of the CFMG Defendants. On December 9, 2021, Mr. Cardinale served an objection to the PMK deposition notice based, in part, on the date and time chosen.

4. The current fact discovery cutoff is December 17, 2021. While all other fact discovery will be completed by that date, the parties are required to schedule the remaining CFMG PMK deposition(s) after that date, due to conflicts in the calendars for counsel and the witness(es). The parties therefore stipulate and agree to extend the deadline for fact discovery to January 31, 2022. This brief continuance will not impact any of the other dates in this case.

5. All other dates will remain the same.

Dated: December 14, 2021   HADDAD & SHERWIN LLP

/s/ *Teresa Allen*
TERESA ALLEN
Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 14, 2021 | MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP |
| 3 | | |
| 4 | | */s/ Noah Blechman* |
| 5 | | NOAH BLECHMAN<br>Attorneys for Defendants<br>CITY OF REDDING; REDDING POLICE CHIEF |
| 6 | | ROGER MOORE; OFFICER DARREN HULL; and OFFICER TREVOR KUYPER |
| 7 | | |
| 8 | Dated: December 14, 2021 | BRICKWOOD LAW OFFICE |
| 9 | | |
| 10 | | */s/ Gary Brickwood* |
| 11 | | GARY BRICKWOOD<br>Attorneys for Defendants |
| 12 | | SHASTA COUNTY; SHERIFF-CORONER TOM BOSENKO; SHASTA COUNTY JAIL CAPTAIN |
| 13 | | DAVE KENT; SERGEANT B. RODGERS; and DEPUTY WYATT MASON |
| 14 | | |
| 15 | Dated: December 14, 2021 | THE LAW OFFICES OF JEROME VARANINI<br>LAURIA TOKUNAGA GATES & LINN, LLP |
| 16 | | |
| 17 | | */s/ Paul A. Cardinale* |
| 18 | | PAUL A. CARDINALE<br>JEROME M. VARANINI |
| 19 | | Attorneys for Defendants<br>CALIFORNIA FORENSIC MEDICAL GROUP, |
| 20 | | INC.; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, |
| 21 | | Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; and DEBORAH SAEGER, MFT |
| 22 | | |
| 23 | Dated: December 14, 2021 | BERTLING LAW GROUP, INC. |
| 24 | | |
| 25 | | */s/ Jemma Parker Saunders* |
| 26 | | JEMMA PARKER SAUNDERS<br>Attorneys for Defendant<br>SHELBY CALLAHAN, L.V.N. |
| 27 | | |
| 28 | | |

## **ORDER**

Based on the parties' stipulation, and with good cause appearing,

    IT IS SO ORDERED.


DATED:  December 16, 2021         /s/ John A. Mendez
                                                          THE HONORABLE JOHN A. MENDEZ
                                                          UNITED STATES DISTRICT COURT JUDGE