MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; SERGEANT B. RODGERS; DEPUTY WYATT MASON; DEPUTY HECTOR CORTEZ; DEPUTY MIGUEL ESPINOZA; DEPUTY RICHARD OCHOA; DEPUTY JOSEPH GRADY; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally,<br><br>Defendants. | Case No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER CONCERNING DEPOSITION OF KIMBERLY PEARSON, R.N.** |

Case No. 2:19-cv-01722-JAM-DB:  STIP AND ORDER RE: PEARSON DEP

All parties, by and through their counsel of record, hereby stipulate to continue the deposition of Defendants' disclosed rebuttal expert, Kimberly Pearson, R.N., to within thirty days after the Court decides Plaintiff's pending motion to exclude Ms. Pearson, which is set for hearing on January 7, 2022. (ECF No. 72). Good cause exists for this continuance. If the Court grants Plaintiff's motion, then Plaintiff will not need to depose Ms. Pearson, and the parties will not have to incur the time, attorneys' fees, and costs required for her deposition. Additionally, no party needs Ms. Pearson's deposition transcript for any dispositive motions. The parties have had difficulty scheduling expert witnesses' depositions on dates that work for the witnesses and all five law firms involved in this case before the January 14, 2022, expert discovery cutoff. Finally, Plaintiff's counsel have informed Defendants' counsel that Plaintiff's counsel, Michael Haddad, has contracted COVID-19. He and Plaintiff's counsel, Julia Sherwin, who is the partner in the firm who will depose Ms. Pearson, are married. Julia Sherwin has been in quarantine at home with Michael Haddad while he is in isolation, providing care for him, and has not been able to review her voluminous paper files in her office to complete preparation for the deposition. The parties agree to reschedule Ms. Pearson's deposition within thirty days of the Court's ruling on Plaintiff's motion to exclude Ms. Pearson, at a time and date that work for all counsel and the witness. The parties request the thirty day period because scheduling the deposition requires the parties to accommodate the schedules of five sets of counsel.

Dated:  December 27, 2021                    HADDAD & SHERWIN LLP

                                             */s/ Julia Sherwin*
                                             JULIA SHERWIN
                                             Attorneys for Plaintiff

CASE NO.: 2:19-cv-01722-JAM-DB: STIP. AND RE: PEARSON DEP   1

| | | |
|---|---|---|
| 1 | Dated: December 28, 2021 | MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP |
| 2 | | |
| 3 | | */s/ Noah Blechman* |
| | | NOAH BLECHMAN |
| 4 | | Attorneys for Defendants |
| 5 | | CITY OF REDDING; REDDING POLICE CHIEF ROGER MOORE; OFFICER DARREN HULL; and OFFICER TREVOR KUYPER |

Dated: December 28, 2021             BRICKWOOD LAW OFFICE

                                     */s/ Gary Brickwood*

                                     GARY BRICKWOOD
                                     Attorneys for Defendants
                                     SHASTA COUNTY; SHERIFF-CORONER TOM
                                     BOSENKO; SHASTA COUNTY JAIL CAPTAIN
                                     DAVE KENT; SERGEANT B. RODGERS; and
                                     DEPUTY WYATT MASON

Dated: December 27, 2021             THE LAW OFFICES OF JEROME VARANINI
                                     LAURIA TOKUNAGA GATES & LINN, LLP

                                     */s/ Paul A. Cardinale*

                                     PAUL A. CARDINALE
                                     JEROME M. VARANINI
                                     Attorneys for Defendants
                                     CALIFORNIA FORENSIC MEDICAL GROUP,
                                     INC.; KERI RUBALCAVA, R.N.; AMANDA REAM,
                                     R.N.; LINDA SMITH, R.N.; JOHN MAIKE,
                                     Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; and
                                     DEBORAH SAEGER, MFT

Dated: December 28, 2021             BERTLING LAW GROUP, INC.

                                     */s/ Peter G. Bertling*

                                     PETER G. BERTLING
                                     Attorneys for Defendant
                                     SHELBY CALLAHAN, L.V.N.

CASE NO.: 2:19-cv-01722-JAM-DB: STIP. AND RE: PEARSON DEP    2

# ORDER

Based on the parties' stipulation, and with good cause appearing,

IT IS HEREBY ORDERED that the CFMG Defendants will produce Kimberly Pearson, R.N. for a deposition within thirty days of the Court's ruling on Plaintiff's Motion to Exclude CFMG Defendants' Rebuttal Expert Kimberly Pearson, R.N. if Plaintiff's Motion to exclude the witness is denied.

IT IS SO ORDERED.

Dated:  January 3, 2022                    /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE