MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; SERGEANT B. RODGERS; DEPUTY WYATT MASON; DEPUTY HECTOR CORTEZ; DEPUTY MIGUEL ESPINOZA; DEPUTY RICHARD OCHOA; DEPUTY JOSEPH GRADY; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally,<br><br>Defendants. | Case No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (ECF NOS. 16, 32, 39, 42, 50, 70, 74)** |

Case No. 2:19-cv-01722-JAM-DB:  STIP AND ORDER TO MODIFY SCHEDULING ORDER

The parties hereby stipulate and agree to modify the Scheduling Order in this matter (ECF Nos. 16, 32, 39, 42, 50, 70, 74), as follows:

1. This is a wrongful death civil rights case involving Redding police, Shasta County jail personnel and CFMG correctional health care personnel. Thomas Hammond, LVN, has been added as a Defendant in this matter, and was served on January 3, 2022. His counsel will appear and file an answer for him on January 31, 2022. To accommodate Mr. Hammond's counsel, the parties stipulate and agree to continue two expert witness depositions, the dispositive motion filing and hearing dates, and the trial and pretrial dates.

2. Counsel for Thomas Hammond, LVN states that he is uncomfortable having a trial in this case any time in 2022. Counsel for Plaintiffs note that this case was filed on August 30, 2019; Plaintiff moved to add Mr. Hammond as a defendant on August 16, 2021, after meeting and conferring with Defendants for several weeks; Mr. Hammond's interests have generally been protected by his former employer, CFMG, which remains vicariously liable for his acts; this case involves three major institutional Defendants (County, City, and medical corporations), as well as 18 other individual Defendants besides Mr. Hammond; Mr. Hammond's involvement with the decedent was limited to three brief interactions/observations; and this is a major civil rights wrongful death case in which Plaintiff Kathy Johnson already has waited too long for trial. Nonetheless, all parties agree that Mr. Hammond, or any other party, may move the court to continue the trial date beyond the stipulated date for good cause.

3. Defendant Thomas Hammond LVN may disclose expert witnesses by April 1, 2022, and the remaining parties may take expert discovery of Mr. Hammond's experts through May 13, 2022.

4. Defendant Thomas Hammond LVN may conduct written discovery until May 6, 2022.

5. The depositions of experts Richard Hayward, Ph.D., and Kimberly Pearson, R.N., are currently scheduled for January 27 and February 2, 2022. The parties agree to continue those depositions, to be completed by March 11, 2022.

6. The parties further agree to continue the dispositive motion, pretrial, and trial dates as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Dispositive Motion Filing | January 28, 2022 | March 4, 2022 |
| Oppositions to Dispositive Motions | March 1, 2022 | April 8, 2022 |
| Dispositive Motion Hearing | March 15, 2022 | May 3, 2022, at 1:30 p.m. |
| Final Pretrial Conference | May 6, 2022 | August 12, 2022, at 10:00 a.m. |
| Trial | June 20, 2022 | October 3, 2022, at 9:00 a.m. |

7. All other dates will remain the same.

| | |
|---|---|
| Dated: January 25, 2022 | HADDAD & SHERWIN LLP |
| | /s/ *Julia Sherwin* |
| | JULIA SHERWIN<br>Attorneys for Plaintiff |
| Dated: January 25, 2022 | MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP |
| | /s/ *Noah Blechman* |
| | NOAH BLECHMAN<br>Attorneys for Defendants<br>CITY OF REDDING; REDDING POLICE CHIEF ROGER MOORE; OFFICER DARREN HULL; and OFFICER TREVOR KUYPER |
| Dated: January 25, 2022 | BRICKWOOD LAW OFFICE |
| | /s/ *Gary Brickwood* |
| | GARY BRICKWOOD<br>Attorneys for Defendants<br>SHASTA COUNTY; SHERIFF-CORONER TOM BOSENKO; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; SERGEANT B. RODGERS; and DEPUTY WYATT MASON |
| Dated: January 25, 2022 | THE LAW OFFICES OF JEROME VARANINI<br>LAURIA TOKUNAGA GATES & LINN, LLP |
| | /s/ *Paul A. Cardinale* |
| | PAUL A. CARDINALE<br>JEROME M. VARANINI<br>Attorneys for Defendants<br>CALIFORNIA FORENSIC MEDICAL GROUP, INC.; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; and DEBORAH SAEGER, MFT |

| | | |
|---|---|---|
| 1 | Dated: January 25, 2022 | BERTLING LAW GROUP, INC. |
| 2 | | */s/ Jemma Parker Saunders* |
| 3 | | JEMMA PARKER SAUNDERS<br>Attorneys for Defendant |
| 4 | | SHELBY CALLAHAN, L.V.N. |
| 5 | Dated: January 25, 2022 | WOOD SMITH HENNING BERMAN LLP |
| 6 | | */s/ David McDonough* |
| 7 | | DAVID MCDONOUGH<br>Attorneys for Defendant |
| 8 | | THOMAS HAMMOND, L.V.N. |

CASE NO.: 2:19-cv-01722-JAM-DB: STIP. AND ORDER TO MODIFY SCHEDULING ORDER          4

**ORDER**

Based on the parties' stipulation, and with good cause appearing,

    IT IS SO ORDERED.

Dated: January 25, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE