MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:      (510) 452-5500
Facsimile:      (510) 452-5510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>　　　　Plaintiff,<br>　vs.<br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT;  SERGEANT B. RODGERS; DEPUTY WYATT MASON; DEPUTY HECTOR CORTEZ; DEPUTY MIGUEL ESPINOZA; DEPUTY RICHARD OCHOA; DEPUTY JOSEPH GRADY; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER CONCERNING THE DEPOSITIONS OF EXPERTS KIMBERLY PEARSON, R.N. AND RICHARD HAYWARD, PH.D.** |

Case No.: 2:19-cv-01722-JAM-DB: STIP. AND (PROPOSED) ORDER RE: EXPERTS PEARSON AND HAYWARD DEPOSITIONS

All parties, by and through their counsel of record, hereby stipulate to continue the deadline for the depositions of Wellpath/CFMG/CMGC Defendants' rebuttal expert, Kimberly Pearson, R.N. and Plaintiff's expert, Richard Hayward, M.D., to be completed by April 29, 2022.

Good cause exists for this continuance, as the parties have had difficulties scheduling these remaining two depositions on dates that work for the witnesses and six sets of counsel involved in this case by the current March 11, 2022 deadline. To accommodate all counsel and witnesses, the parties have agreed to schedule Ms. Pearson's deposition on March 15, 2022 and are currently working to schedule Dr. Hayward's deposition at a time that works for all counsel. The parties request this brief continuance only to allow the parties to complete Ms. Pearson's and Dr. Hayward's depositions. All other dates will remain unchanged.

Dated: March 9, 2022                    HADDAD & SHERWIN LLP

/s/ *Julia Sherwin*

JULIA SHERWIN
Attorneys for Plaintiff

Dated: March 9, 2022                    MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

/s/ *Noah Blechman*

NOAH BLECHMAN
Attorneys for Defendants
CITY OF REDDING; REDDING POLICE CHIEF ROGER MOORE; OFFICER DARREN HULL; and OFFICER TREVOR KUYPER

| | | |
|---|---|---|
| 1 | Dated: March 9, 2022 | MANNING & KASS |
| 2 | | ELLROD, RAMIREZ, TRESTER LLP |

/s/ Lynn L. Carpenter
_____

MILDRED K. O'LINN
LYNN L. CARPENTER
Attorneys for Defendants
SHASTA COUNTY; SHERIFF-CORONER TOM BOSENKO; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; SERGEANT B. RODGERS; and DEPUTIES WYATT MASON, HECTOR CORTEZ, MIGUEL ESPINOZA, RICHARD OCHOA, and JOSEPH GRADY

Dated: March 9, 2022

THE LAW OFFICES OF JEROME VARANINI
LAURIA TOKUNAGA GATES & LINN, LLP

/s/ Paul A. Cardinale
_____

PAUL A. CARDINALE
JEROME M. VARANINI
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; and DEBORAH SAEGER, MFT

Dated: March 9, 2022

BERTLING LAW GROUP, INC.

/s/ Jemma Parker Saunders
_____

JEMMA PARKER SAUNDERS
Attorneys for Defendant
SHELBY CALLAHAN, L.V.N.

Dated: March 9, 2022

WOOD SMITH HENNING BERMAN LLP

/s/ David McDonough
_____

DAVID MCDONOUGH
Attorneys for Defendant
THOMAS HAMMOND, L.V.N.

CASE NO.: 2:19-cv-01722-JAM-DB: STIP. AND (PROPOSED) ORDER RE: EXPERTS PEARSON AND HAYWARD DEPOSITIONS    2

**ORDER**

Based on the parties' stipulation, and with good cause appearing,

    IT IS SO ORDERED.

Dated: March 11, 2022         /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE