MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:    (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT;  SERGEANT B. RODGERS; DEPUTY WYATT MASON; DEPUTY HECTOR CORTEZ; DEPUTY MIGUEL ESPINOZA; DEPUTY RICHARD OCHOA; DEPUTY JOSEPH GRADY; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally,<br><br>  Defendants. | Case No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER DISMISSING CITY OF REDDING DEFENDANTS ONLY** |

Case No. 2:19-cv-01722-JAM-DB:  STIP AND ORDER DISMISSING REDDING DEFS

1  Plaintiff Katherine Johnson, and Defendants City of Redding, Redding Police Chief Roger Moore, Redding Police Officer Darren Hull, and Redding Police Officer Trevor Kuyper, by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims between Plaintiff and these Defendants, with these parties to bear their own costs and attorneys' fees with respect to the claims between them. Plaintiff's claims against all other Defendants remain pending.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 1, 2022  HADDAD & SHERWIN LLP

/s/ *Julia Sherwin*
JULIA SHERWIN
Attorneys for Plaintiff

Dated: April 1, 2022  MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

/s/ *Noah Blechman*
NOAH BLECHMAN
Attorneys for Defendants
CITY OF REDDING; REDDING POLICE CHIEF ROGER MOORE; OFFICER DARREN HULL; and OFFICER TREVOR KUYPER

**ORDER**

    Pursuant to stipulation of the parties, and for good cause,

**IT IS SO ORDERED.**

DATED:  April 1, 2022　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE