Alicia R. Kennon (State Bar No. 240569)
akennon@wshblaw.com
David McDonough (State Bar No. 257188)
dmcdonough@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: 925 222 3400 ♦ Fax: 925 356 8250

Attorneys for Defendant,
THOMAS HAMMOND, L.V.N.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; SERGEANT B. RODGERS; DEPUTY WYATT MASON; DEPUTY HECTOR CORTEZ; DEPUTY MIGUEL ESPINOZA; DEPUTY RICHARD OCHOA; DEPUTY JOSEPH GRADY; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware | Case No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR: 1) DEFENDANT THOMAS HAMMOND, L.V.N. TO DISCLOSE EXPERT WITNESSES AND PRODUCE EXPERT WITNESS REPORTS BY APRIL 15, 2022, 2) PLAINTIFF'S REBUTTAL EXPERT DISCLOSURES RELATED TO DEFENDANT HAMMOND; AND 3) EXPERT DISCOVERY RELATED TO DEFENDANT HAMMOND**<br><br>Trial Date:        10/3/22 |

1  Corporation; WELLPATH LLC, a Delaware Limited Liability Company;
2  DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA
3  REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.;
4  CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.;
5  DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and
6  DOES 7–20; individually, jointly, and severally,
7
    Defendant.
8

9

10   Plaintiff RANDALL SCOTT JOHNSON, DECEASED, by and through his
11 Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON,
12 Individually ("Plaintiff") and Defendant THOMAS HAMMOND, L.V.N.
13 ("Defendant"), by and through their attorneys of record in the above-captioned matter,
14 hereby stipulate that the time for Defendant to Disclose Expert Witnesses and Produce
15 Expert Witness Reports is extended to April 15, 2022.  This is a two-week extension.
16   This extension is outside the deadline to disclose experts and produce expert
17 reports, but is appropriate given Defendant was not added as a defendant until
18 December 21, 2021.
19   Plaintiff and Defendant also stipulate and agree that Plaintiff may disclose any
20 rebuttal experts related to Defendant Hammond by May 13, 2022, and the parties may
21 complete expert discovery related to Defendant Hammond by June 17, 2022.
22   This is the first stipulation for an extension of time between these parties.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Respectfully submitted,

DATED: March 29, 2022       WOOD, SMITH, HENNING & BERMAN LLP

By: */s/ David McDonough*
      ALICIA R. KENNON
      DAVID McDONOUGH

Attorneys for Defendant, THOMAS HAMMOND, L.V.N.

DATED: March 29, 2022       HADDAD & SHERWIN LLP

By: */s/ Julia Sherwin*
      MICHAEL J. HADDAD
      JULIA SHERWIN
      TERESA ALLEN

Attorneys for Plaintiff, RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,

I, David S. McDonough, attest that all parties concur in the contents of this Stipulation and (Proposed) Order and have authorized its filing.

By: */s/ David McDonough*
      DAVID McDONOUGH

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250

**ORDER**

Based on the parties' stipulation, and with good cause appearing,

IT IS SO ORDERED.

DATED: April 1, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATED DISTRICT COURT JUDGE