1  MICHAEL J. HADDAD (SBN 189114)
   JULIA SHERWIN (SBN 189268)
2  TERESA ALLEN (SBN 264865)
   BRIAN HAWKINSON (SBN 341856)
3  HADDAD & SHERWIN LLP
   505 Seventeenth Street
4  Oakland, CA 94612
   Telephone:    (510) 452-5500
5  Facsimile:    (510) 452-5510
6
7  Attorneys for Plaintiff

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10 RANDALL SCOTT JOHNSON, DECEASED, by and      )
   through his Successor in Interest, KATHERINE JOHNSON, )
11 KATHERINE JOHNSON, Individually,             )
                                                )
12            Plaintiff,                         )   Case No. 2:19-cv-01722-JAM-DB
                                                )
13      vs.                                      )
                                                )   STIPULATION AND ORDER
14 CITY OF REDDING, a public entity; REDDING POLICE )  REGARDING FINANCIAL
   CHIEF ROGER MOORE; REDDING POLICE OFFICER   )   CONDITION DISCOVERY
15 DARREN HULL; REDDING POLICE OFFICER TREVOR  )
   KUYPER; SHASTA COUNTY, a public entity; SHASTA )
16 COUNTY SHERIFF-CORONER TOM BOSENKO, in his  )
   individual and official capacities; SHASTA COUNTY JAIL )
17 CAPTAIN DAVE KENT;  SERGEANT B. RODGERS;    )
   DEPUTY WYATT MASON; DEPUTY HECTOR CORTEZ;   )
18 DEPUTY MIGUEL ESPINOZA; DEPUTY RICHARD      )
   OCHOA; DEPUTY JOSEPH GRADY; CALIFORNIA      )
19 FORENSIC MEDICAL GROUP, INCORPORATED, a     )
   California corporation; CORRECTIONAL MEDICAL )
20 GROUP COMPANIES, INC., a Delaware Corporation; )
   WELLPATH INC., a Delaware corporation; WELLPATH )
21 MANAGEMENT, INC., a Delaware Corporation;   )
   WELLPATH LLC, a Delaware Limited Liability Company; )
22 DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA )
   REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE,  )
23 Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY )
   CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT;      )
24 THOMAS HAMMOND, L.V.N.; and DOES 7–20;      )
   individually, jointly, and severally,        )
25                                              )
26            Defendants.                       )
                                                )
27
28

The parties hereby stipulate and agree to the following:

1.      This case involves the death of pretrial detainee Randall Johnson approximately a day and a half after he was booked into Shasta County jail.  Plaintiff brought civil rights/wrongful death claims against Shasta County, the City of Redding, the jail medical provider, CFMG, and the individual Defendants involved.  Plaintiff also brought punitive damages claims against the individual Defendants and CFMG.

2.      On August 16, 2021, Plaintiff moved to amend the complaint to add Defendants Correctional Medical Group Companies, Inc (CMGC), Wellpath Inc., Wellpath Management, Inc., Wellpath LLC, CFMG's former employee Thomas Hammond, L.V.N., and Shasta County deputies Hector Cortez, Miguel Espinoza, Richard Ochoa, and Joseph Grady.

3.      On September 1, 2021, while the motion to amend was pending, Plaintiff served Plaintiff's Request for Production of Documents ("RFP") (Set Three) and Interrogatories (Set One) on all the individually named Defendants, requesting financial condition information for Plaintiff's claim for punitive damages.  Defendants' responses were due on October 4, 2021.

4.      Subsequently, the parties stipulated to extend Defendants' deadline to respond to Plaintiff's RFP Set Three and Interrogatories (Set One) to April 1, 2022, before the previously scheduled June 2022 trial date, and the Court granted each stipulation.  (See ECF Nos. 52, 54, 56 58).

5.      On December 20, 2021, Plaintiff's motion to amend the complaint was granted and the First Amended Complaint was filed the following day, adding the newly named defendants mentioned above.  (ECF No. 76).

6.      On January 26, 2022, the Court granted the parties' stipulation continuing trial to October 3, 2022, among other extended deadlines.  (ECF No. 91).

7.      In light of the new trial date, and because punitive damages are to be based on the

Defendants' financial condition at the time of trial, the parties agree that the individually named

Defendants and the CFMG/Wellpath Defendants will provide financial condition discovery

responses no later than July 8, 2022, and that the parties may complete any necessary depositions

related solely to financial condition discovery no later than August 12, 2022.

8.      All other dates will remain the same.


Dated:  March 29, 2022                        HADDAD & SHERWIN LLP

                                              */s/ Teresa Allen*
                                              _____
                                               TERESA ALLEN
                                               Attorneys for Plaintiff


Dated:  April 4, 2022                         MANNING & KASS
                                              ELLROD, RAMIREZ, TRESTER LLP

                                              */s/ Kayleigh A. Andersen*
                                              _____

                                               MILDRED K. O'LINN
                                               LYNN L. CARPENTER
                                               KAYLEIGH A. ANDERSEN
                                               Attorneys for Defendants
                                               SHASTA COUNTY; SHERIFF-CORONER TOM
                                               BOSENKO; SHASTA COUNTY JAIL CAPTAIN
                                               DAVE KENT; SERGEANT B. RODGERS; and
                                               DEPUTIES WYATT MASON, HECTOR CORTEZ,
                                               MIGUEL ESPINOZA, RICHARD OCHOA, and
                                               JOSEPH GRADY


Dated:  March 30, 2022                        THE LAW OFFICES OF JEROME VARANINI
                                              LAURIA TOKUNAGA GATES & LINN, LLP

                                              */s/ Jerome M. Varanini*
                                              _____
                                               PAUL A. CARDINALE
                                               JEROME M. VARANINI
                                               Attorneys for Defendants

1   CALIFORNIA FORENSIC MEDICAL GROUP,
    INC.; KERI RUBALCAVA, R.N.; AMANDA REAM,
2   R.N.; LINDA SMITH, R.N.; JOHN MAIKE,
    Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; and
3   DEBORAH SAEGER, MFT

4

5   Dated:  April 5, 2022          BERTLING LAW GROUP, INC.

6                                  */s/ Jemma Parker Saunders*
                                   _____
7                                  JEMMA PARKER SAUNDERS
                                   Attorneys for Defendant
8                                  SHELBY CALLAHAN, L.V.N.

9

10  Dated:  April 5, 2022          WOOD SMITH HENNING BERMAN LLP

11                                 */s/  David McDonough*
                                   _____
12                                 DAVID MCDONOUGH
                                   Attorneys for Defendant
13                                 THOMAS HAMMOND, L.V.N.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

Based on the parties' stipulation, and with good cause appearing,

     IT IS SO ORDERED.


Dated:  April 5, 2022

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE