Paul A. Cardinale, State Bar No. 215812
**MEDICAL DEFENSE LAW GROUP**
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
Email: pcardinale@med-defenselaw.com

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.; WELLPATH INC.; WELLPATH MANAGEMENT, INC; WELLPATH, LLC; CORRECTIONAL MEDICAL GROUP COMPANIES, INC.; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; and DEBORAH SAEGER, MFT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>        Plaintiff,<br>    vs.<br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; SERGEANT B. RODGERS; DEPUTY WYATT MASON; DEPUTY HECTOR CORTEZ; DEPUTY MIGUEL ESPINOZA; DEPUTY RICHARD OCHOA; DEPUTY JOSEPH GRADY; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally<br><br>        Defendants. | Case No. 2:19-cv-01722-JAM DB<br><br>**STIPULATION AND ORDER REGARDING FINANCIAL CONDITION DISCOVERY** |

---

1
**STIPULATION AND ORDER REGARDING FINANCIALCONDITION DISCOVERY**

The parties hereby stipulate and agree to the following:

This case involves the death of pretrial detainee Randall Johnson while he was incarcerated at Shasta County jail. Plaintiff brought civil rights/wrongful death claims against Shasta County, the City of Redding, the jail medical provider, CFMG, and the individual Defendants involved. Plaintiff also brought punitive damages claims against the individual Defendants and CFMG. The City of Redding has resolved this matter with Plaintiff and has been dismissed from this action.

1. On August 16, 2021, Plaintiff moved to amend the complaint to add Defendants Correctional Medical Group Companies, Inc (CMGC), Wellpath Inc., Wellpath Management, Inc., Wellpath LLC, CFMG's former employee Thomas Hammond, L.V.N., and Shasta County deputies Hector Cortez, Miguel Espinoza, Richard Ochoa, and Joseph Grady.

2. On September 1, 2021, while the motion to amend was pending, Plaintiff served Plaintiff's Request for Production of Documents ("RFP") (Set Three) and Interrogatories (Set One) on all the individually named Defendants, requesting financial condition information for Plaintiff's claim for punitive damages. Defendants' responses were due on October 4, 2021.

3. Subsequently, the parties stipulated to extend Defendants' deadline to respond to Plaintiff's RFP Set Three and Interrogatories (Set One) to April 1, 2022, before the previously scheduled June 2022 trial date, and the Court granted each stipulation. (See ECF Nos. 52, 54, 56 58).

4. On December 20, 2021, Plaintiff's motion to amend the complaint was granted and the First Amended Complaint was filed the following day, adding the newly named defendants mentioned above. (ECF No. 76).

5. On January 26, 2022, the Court granted the parties' stipulation continuing trial to October 3, 2022, among other extended deadlines. (ECF No. 91).

6. On March 29, 2022, Plaintiff served financial condition Requests for Production of Documents to the CFMG/CMGC/Wellpath Defendants, as well as amended financial condition Requests for Production of Documents on all individual Defendants.

7. Given the new trial date, on April 5, 2022, the parties stipulated to extend Defendants' deadline to respond to Plaintiff's RFP Set Three and Interrogatories (Set One) to July 8, 2022 (ECF No. 106), and the Court granted the stipulation on April 6, 2022 (ECF No. 107).

8. On June 13, 2022, the parties participated in a mediation in this case and have been engaging in efforts to resolve this matter, with the parties to respond to a Mediator's Proposal by July 15, 2022. As a result, the parties have agreed to extend Defendants' deadline to respond to Plaintiff's RFP Set Three and Interrogatories (Set One) to July 22, 2022, and that the CFMG/CMGC/Wellpath Defendants shall produce their Federal Rule of Civil Procedure 30(b)(6) Person(s) Most Knowledgeable about their financial condition, and documents and information responsive to Plaintiff's Request for Production of Documents, for Zoom deposition(s) on July 26, 27, or 28.

9. All other dates will remain the same.

Dated: July 8, 2022         MEDICAL DEFENSE LAW GROUP

/s/ Paul A. Cardinale

Paul A. Cardinale, Esq.
Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; WELLPATH INC.; WELLPATH MANAGEMENT, INC; WELLPATH, LLC; CORRECTIONAL MEDICAL GROUP COMPANIES, INC.; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; and DEBORAH SAEGER, MFT

Dated: July 8, 2022         HADDAD & SHERWIN LLP

/s/ Julia Sherwin

JULIA SHERWIN
Attorneys for Plaintiff

Dated: July 8, 2022                    MANNING & KASS
                                       ELLROD, RAMIREZ, TRESTER LLP

                                       /s/ Kayleigh A. Anderson
                                       ─────────────────────────────
                                       MILDRED K. O'LINN
                                       LYNN L. CARPENTER
                                       KAYLEIGH A. ANDERSON
                                       Attorneys for Defendants
                                       SHASTA COUNTY; SHERIFF-CORONER TOM
                                       BOSENKO; SHASTA COUNTY JAIL CAPTAIN
                                       DAVE KENT; SERGEANT B. RODGERS; and
                                       DEPUTIES WYATT MASON, HECTOR CORTEZ,
                                       MIGUEL ESPINOZA, RICHARD OCHOA, and
                                       JOSEPH GRADY

Dated: July 8, 2022                    BERTLING LAW GROUP, INC.

                                       /s/ Jemma Parker Saunders
                                       ─────────────────────────────
                                       JEMMA PARKER SAUNDERS
                                       Attorneys for Defendant
                                       SHELBY CALLAHAN, L.V.N.

Dated: July 8, 2022                    WOOD SMITH HENNING BERMAN LLP

                                       /s/ David McDonough
                                       ─────────────────────────────
                                       DAVID MCDONOUGH
                                       Attorneys for Defendant
                                       THOMAS HAMMOND, L.V.N.

4
**STIPULATION AND ORDER REGARDING FINANCIAL CONDITION DISCOVERY**

**ORDER**

Based on the parties' stipulation, and with good cause appearing,

    IT IS SO ORDERED.

Dated: July 11, 2022          /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT COURT JUDGE