MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
BRIAN HAWKINSON (State Bar No. 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>           Plaintiff,<br>     vs.<br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; SERGEANT B. RODGERS; DEPUTY WYATT MASON; DEPUTY HECTOR CORTEZ; DEPUTY MIGUEL ESPINOZA; DEPUTY RICHARD OCHOA; DEPUTY JOSEPH GRADY; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally,<br><br>           Defendants. | Case No: 2:19-cv-01722-JAM-DB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER TO ADD EXPERT ON CORPORATE DEFENDANTS' FINANCIAL CONDITION AND TO COMPEL FINANCIAL CONDITION DISCOVERY**<br><br>Date:  November 2, 2022<br>Time:  1:30 p.m.<br>Courtroom:  6, 14th Floor |

This Court, having reviewed Plaintiff's Request to Seal Documents, and all documents in the Court record concerning this matter,

IT IS HEREBY ORDERED that in connection with Plaintiff's Motion to Modify the Scheduling Order to Add Expert on Corporate Defendants' Financial Condition and to Compel Financial Condition Discovery, the following documents be filed under seal:

1. Defendants' financial information produced as Exhibit 1 to the confidential Declaration of Julia Sherwin;
2. Unredacted Declaration of Annette M. Stalker, CPA, with all exhibits.

DATED:  September 12, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE