Paul A. Cardinale, State Bar No. 215812
MEDICAL DEFENSE LAW GROUP
3800 Watt Ave., Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
paul.cardinale@med-defenselaw.com

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.; WELLPATH INC.; WELLPATH MANAGEMENT, INC; WELLPATH, LLC; CORRECTIONAL MEDICAL GROUP COMPANIES, INC.; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; and DEBORAH SAEGER, MFT.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT;  SERGEANT B. RODGERS; DEPUTY WYATT MASON; DEPUTY HECTOR CORTEZ; DEPUTY MIGUEL ESPINOZA; DEPUTY RICHARD OCHOA; DEPUTY JOSEPH GRADY; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, | Case No.: 2:19-cv-01722-JAM DB<br><br>**STIPULATION AND ORDER REGARDING EXTENSION TO RESPOND TO MOTION TO MODIFY SCHEDULING ORDER TO ADD EXPERT ON CORPORATE DEFENDANTS' FINANCIAL CONDITION AND TO COMPEL FINANCIAL CONDITION DISCOVERY** |

INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally,

          Defendants.

The parties hereby stipulate and agree to the following:

1. On September 9, 2022, Plaintiff filed a Notice of Motion and Motion to Modify Scheduling Order to Add Expert on Corporate Defendants' Financial Condition and to Compel Financial Condition Discovery; Memorandum of Law In Support. [Doc 137.] The hearing on Plaintiff's Motion is currently scheduled for November 1, 2022.

2. Plaintiff and the Wellpath Corporate Defendants are attempting to resolve some of the issues addressed in Plaintiff's Motion.

3. Currently, Defendants' Opposition to Plaintiff's Motion is due September 23, 2022 and Plaintiff's Reply Brief is due October 3, 2022.

4. Plaintiff and the Wellpath Corporate Defendants have agreed to extend Defendants' deadline to respond to Plaintiff's Motion until September 30, 2022 and to extend the deadline for Plaintiff to file her Reply Brief until October 18, 2022.

5. The November 1, 2022 hearing date will remain the same.

///
///
///
///
///
///
///

Dated: September 23, 2022

**MEDICAL DEFENSE LAW GROUP**

*/s/ Paul A. Cardinale*

———————————————
Paul A. Cardinale A. Cardinale, Esq.
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.; WELLPATH INC.; WELLPATH MANAGEMENT, INC; WELLPATH, LLC; CORRECTIONAL MEDICAL GROUP COMPANIES, INC.; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; and DEBORAH SAEGER, MFT.

Dated: September 23, 2022

**HADDAD & SHERWIN LLP**

*/s/ Julia Sherwin*

———————————————
JULIA SHERWIN, Esq.
Attorneys for Plaintiff

## **ORDER**

Based on the parties' stipulation, and with good cause appearing,

    IT IS SO ORDERED.

Dated:  September 23, 2022

/s/ John A. Mendez
———————————————
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE