MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,

Plaintiff,

vs.

CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT;  SERGEANT B. RODGERS; DEPUTY WYATT MASON; DEPUTY HECTOR CORTEZ; DEPUTY MIGUEL ESPINOZA; DEPUTY RICHARD OCHOA; DEPUTY JOSEPH GRADY; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally,

Defendants.

Case No. 2:19-cv-01722-JAM-DB

**STIPULATION AND ORDER DISMISSING SHASTA COUNTY DEFENDANTS ONLY**

Plaintiff Katherine Johnson, and Defendants Shasta County, Sheriff-Coroner Tom Bosenko, Jail Captain Dave Kent, Sergeant Branden Rodgers, Deputies Wyatt Mason, Hector Cortez, Miguel Espinoza, Richard Ochoa, and Joseph Grady, by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims between Plaintiff and these Defendants, with these parties to bear their own costs and attorneys' fees with respect to the claims between them. Plaintiff's claims against the Wellpath/CFMG/CMGC Defendants remain pending.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 30, 2022     HADDAD & SHERWIN LLP

/s/ *Teresa Allen*
TERESA ALLEN
Attorneys for Plaintiff

Dated: September 30, 2022     MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

/s/ *Lynn L. Carpenter*
MILDRED K. O'LINN
LYNN L. CARPENTER
KAYLEIGH A. ANDERSEN
Attorneys for Defendants
SHASTA COUNTY; SHERIFF-CORONER TOM BOSENKO; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; SERGEANT B. RODGERS; and DEPUTIES WYATT MASON, HECTOR CORTEZ, MIGUEL ESPINOZA, RICHARD OCHOA, and JOSEPH GRADY

**ORDER**

Pursuant to stipulation of the parties, and for good cause,

**IT IS SO ORDERED.**

Dated:  September 30, 2022  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE