

# United States District Court
# Eastern District of California

| Randall Scott Johnson, deceased, et al. | Case Number: 2:19-cv-01722-JAM-DB |

Plaintiff(s)

V.

City of Redding, et al.

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, John R. Jacobson _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
WellPath Inc., WellPath Management, Inc. and WellPath LLC

On ___01/31/1991___ (date), I was admitted to practice and presently in good standing in the ___U.S.D.C., Middle District of Tennessee___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/18/2022                    Signature of Applicant: /s/ John R. Jacobson

**Pro Hac Vice Attorney**

Applicant's Name: John R. Jacobson
Law Firm Name: Riley & Jacobson
Address: 1906 West End Avenue

City: Nashville State: TN Zip: 37203
Phone Number w/Area Code: (615) 320-3700
City and State of Residence: Nashville, TN
Primary E-mail Address: jjacobson@rjfirm.com
Secondary E-mail Address: dbarnes@rjfirm.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Paul A. Cardinale
Law Firm Name: Medical Defense Law Group
Address: 3800 Wattt Ave., Suite 245

City: Sacremento State: CA Zip: 95821
Phone Number w/Area Code: (916) 244-9116   Bar #: 215812

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 28, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE