MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:    (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT;  SERGEANT B. RODGERS; DEPUTY WYATT MASON; DEPUTY HECTOR CORTEZ; DEPUTY MIGUEL ESPINOZA; DEPUTY RICHARD OCHOA; DEPUTY JOSEPH GRADY; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND (ORDER TO CONTINUE EXPERT DEADLINES** |

Case No.: 2:19-cv-01722-JAM-DB: STIP AND ORDER TO CONTINUE EXPERT DEADLINES

The parties hereby stipulate and agree to the following:

1. On December 7, 2022, the Court granted what it construed as Plaintiff's Motion to Reopen Discovery to compel financial condition discovery and to disclose an expert on the Wellpath Defendants' financial condition for punitive damages purposes. (Doc. 158). In its Order, the Court issued a new pretrial schedule setting forth the trial date and related deadlines, including expert and rebuttal expert disclosures deadlines.

2. Currently, expert disclosures concerning Defendants' financial condition are due January 20, 2023, and rebuttal expert disclosures are due February 6, 2023.

3. Plaintiff needs to depose the Wellpath Defendants' 30(b)(6) Person Most Knowledgeable (PMK) about their financial condition, and Plaintiff's expert needs time to review the deposition transcript in order to prepare her report. Due to the scheduling conflicts between the parties, witness, and counsel, the earliest date for the PMK deposition is January 26, 2023.

4. To accommodate all counsel and the witness, the parties request a brief continuance of the expert disclosures and rebuttal expert disclosures deadlines only to allow the parties to time complete the PMK deposition. All other dates will remain unchanged.

5. The parties therefore request a continuance of the expert deadlines, as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosures | January 20, 2023 | February 24, 2023 |
| Rebuttal Expert Disclosures | February 6, 2023 | March 10, 2023 |
| Close of Expert Discovery | March 31, 2023 | No change |
| Final Pretrial Conference | May 12, 2023, at 10:00 a.m. | No change |
| Trial | June 26, 2023, at 9:00 a.m. | No change |

For the foregoing reasons, the parties respectfully request that this Court enter an order extending the expert and rebuttal expert disclosures deadlines in this case as set forth above.

Dated: January 4, 2023          HADDAD & SHERWIN LLP

                                /s/ Teresa Allen
                                ―――――――――――――――――――
                                TERESA ALLEN
                                Attorneys for Plaintiff

Dated: January 4, 2023          MEDICAL DEFENSE LAW GROUP

                                /s/ Paul A. Cardinale
                                ―――――――――――――――――――
                                PAUL A. CARDINALE
                                Attorneys for Defendants
                                CALIFORNIA FORENSIC MEDICAL GROUP, INC.; WELLPATH, INC.; WELLPATH MANAGEMENT, INC.; WELLPATH LLC; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE; CYNTHIA COLLINS, L.V.N.; and DEBORAH SAEGER, MFT

Dated: January 4, 2023          BERTLING LAW GROUP, INC.

                                /s/ Jemma Parker Saunders
                                ―――――――――――――――――――
                                JEMMA PARKER SAUNDERS
                                Attorneys for Defendant
                                SHELBY CALLAHAN, L.V.N.

Dated: January 4, 2023          WOOD SMITH HENNING BERMAN LLP

                                /s/ David McDonough
                                ―――――――――――――――――――
                                DAVID MCDONOUGH
                                Attorneys for Defendant
                                THOMAS HAMMOND, L.V.N.

**ORDER**

Based on the parties' stipulation, and with good cause appearing,

    IT IS SO ORDERED.

Dated: January 5, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE