MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>      Plaintiff,<br>   vs.<br><br>CITY OF REDDING, a public entity; REDDING POLICE CHIEF ROGER MOORE; REDDING POLICE OFFICER DARREN HULL; REDDING POLICE OFFICER TREVOR KUYPER; SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT;  SERGEANT B. RODGERS; DEPUTY WYATT MASON; DEPUTY HECTOR CORTEZ; DEPUTY MIGUEL ESPINOZA; DEPUTY RICHARD OCHOA; DEPUTY JOSEPH GRADY; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally,<br><br>      Defendants. | Case No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER TO CONTINUE FINANCIAL CONDITION EXPERT DISCOVERY DEADLINE ONLY** |

Case No.: 2:19-cv-01722-JAM-DB: STIP AND (PROPOSED) ORDER TO CONTINUE EXPERT DISCOVERY DEADLINE ONLY

The parties hereby stipulate and agree to the following:

1. On December 7, 2022, the Court granted what it construed as Plaintiff's Motion to Reopen Discovery to compel financial condition discovery and to disclose an expert on the Wellpath Defendants' financial condition for punitive damages purposes. (Doc. 158). In its Order, the Court issued a new pretrial schedule setting forth the trial date and related deadlines, including the close of expert discovery.

2. Currently, expert discovery concerning Defendants' financial condition closes on March 31, 2023. (Doc. 160).

3. On February 23, 2023, Plaintiff produced the expert report of Forensic Accountant Annette M. Stalker, CPA/CFF, CFE. On March 10, 2023, the Wellpath Defendants produced their rebuttal expert report of Frank Wisehart, CPA, ABV, CFE, CVA, MAFF.

4. The parties' counsel have been informed that Mr. Wisehart will be on his honeymoon and out of the country until early April, 2023.

5. Plaintiff's counsel, Michael J. Haddad and Julia Sherwin, are married and will be traveling out-of-state April 13-20, 2023.

6. To accommodate all counsel and the witness, the parties stipulate and agree to continue the deadline for the close of expert discovery to **May 10, 2023**, to allow the parties time to complete the expert deposition. All other dates will remain the same.

7. **PLAINTIFF'S STATEMENT ONLY**: Plaintiff states that she does not stipulate to this extension if it will require any continuance of the pretrial or trial dates. Defendants disclosed an expert witness who would be unavailable for deposition during the entirety of the expert discovery period because he is on his honeymoon. Plaintiff's expert, Annette Stalker, was available for deposition in the discovery period, and Plaintiff offered her for deposition. Defendants declined

to depose Ms. Stalker during the discovery period, and have requested to set Ms. Stalker's deposition for a date on which Defendants' expert is also available.

For the foregoing reasons, the parties respectfully request that this Court enter an order continuing the expert discovery deadline in this case as set forth above.

Dated:  March 29, 2023					HADDAD & SHERWIN LLP

							*/s/ Julia Sherwin*
							JULIA SHERWIN
							Attorneys for Plaintiff

Dated:  March 29, 2023					MEDICAL DEFENSE LAW GROUP

							*/s/ Paul A. Cardinale*
							PAUL A. CARDINALE
							Attorneys for Defendants
							CALIFORNIA FORENSIC MEDICAL GROUP, INC.; WELLPATH, INC.; WELLPATH MANAGEMENT, INC.; WELLPATH LLC; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE; CYNTHIA COLLINS, L.V.N.; and DEBORAH SAEGER, MFT

Dated: March 29,2023					BERTLING LAW GROUP, INC.

							 */s/ Jemma Parker Saunders*
							JEMMA PARKER SAUNDERS
							Attorneys for Defendant
							SHELBY CALLAHAN, L.V.N.

Dated:  March 29, 2023					WOOD SMITH HENNING BERMAN LLP

							*/s/ David McDonough*
							DAVID MCDONOUGH
							Attorneys for Defendant
							THOMAS HAMMOND, L.V.N.

**ORDER**

Based on the parties' stipulation, and with good cause appearing,

**IT IS SO ORDERED**.

Dated: March 29, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE