Paul A. Cardinale, State Bar No. 215812
MEDICAL DEFENSE LAW GROUP
3800 Watt Ave., Suite 245
Sacramento, CA 95821
Telephone: (916) 244-9116
Facsimile: (916) 244-9130
Email: paul.cardinale@med-defenselaw.com

Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; WELLPATH INC.; WELLPATH MANAGEMENT, INC; WELLPATH, LLC; CORRECTIONAL MEDICAL GROUP COMPANIES, INC.; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; and DEBORAH SAEGER, MFT

John Jacobson, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3738
Email: jjacobson@rjfirm.com

Counsel *Pro Hac Vice* for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; WELLPATH INC.; WELLPATH MANAGEMENT, INC; WELLPATH, LLC; CORRECTIONAL MEDICAL GROUP COMPANIES, INC.; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; and DEBORAH SAEGER, MFT

Peter G. Bertling, Esq.
Jemma Parker Saunders, Esq.
BERTLING LAW GROUP, INC.
21 East Canon Perdido Street, Ste. 204B
Santa Barbara, California 93101
Telephone: (805) 456-2735
Email: peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com

Attorneys for Defendant SHELBY CALLAHAN, L.V.N.

David McDonough, Esq.
WOOD, SMITH, HENNING & BERMAN, LLP
1401 Willow Pass Road, Suite 700
Concord, CA 94520
Telephone: (925) 499-2760
Email: dmcdonough@wshblaw.com

Attorneys for Defendant THOMAS HAMMOND, L.V.N.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, individually,<br><br>Plaintiff,<br>v.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER TOM BOSENKO, in his individual and official capacities; SHASTA COUNTY JAIL CAPTAIN DAVE KENT; SERGEANT B. RODGERS; DEPUTY WYATT MASON; DEPUTY HECTOR CORTEZ; DEPUTY MIGUEL ESPINOZA; DEPUTY RICHARD OCHOA; DEPUTY JOSEPH GRADY; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally<br><br>Defendants. | CASE NO.: 2:19-cv-01722-JAM-DB<br><br>**DEFENDANTS' OBJECTIONS TO PRETRIAL CONFERENCE ORDER** |

Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; WELLPATH INC.; WELLPATH MANAGEMENT, INC; WELLPATH, LLC; CORRECTIONAL MEDICAL GROUP COMPANIES, INC.; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; DEBORAH SAEGER, MFT,

SHELBY CALLAHAN, L.V.N, and THOMAS HAMMOND, L.V.N hereby object to the Court's Pretrial Conference Order as follows:

I. JURISDICTION/VENUE

No Objections.

II. JURY/NON JURY

No Objections.

III. STATEMENT TO BE READ TO JURY

No Objections.

IV. UNDISPUTED FACTS

No Objections.

V. DISPUTED EVIDENTIARY ISSUES

No Objections.

VI. RELIEF SOUGHT

No Objections.

VII. POINTS OF LAW

No Objections.

VIII. ABANDONED ISSUES

Defendants are in the process of obtaining a sworn declaration as requested by Plaintiff for dismissal of Wellpath, Inc.

IX. WITNESSES

Defendants object to the following witnesses listed in Plaintiff's Witness List on the following bases:

1. **Caitlin Merriman** (Plaintiff's daughter)-this witness was never disclosed as required by Federal Rules of Civil Procedure, Rule 26.
2. **Jacob Caputo** (Plaintiff's son)-this witness was never disclosed as required by Federal Rules of Civil Procedure, Rule 26.
3. **Sarah Blame** (Plaintiff's friend and co-worker, damages witness)-this witness was disclosed for the first time on June 16, 2022. Fact discovery closed for the last time in this case on December

17, 2021. Therefore, Defendants did not have the opportunity to depose this witness.

4. **Barbara Burns** (Plaintiff's friend, damages witness)-this witness was disclosed for the first time on June 16, 2022. Fact discovery closed for the last time in this case on December 17, 2021. Therefore, Defendants did not have the opportunity to depose this witness.

5. **Loretta Melby, R.N., M.S.N.** (Executive Officer Board of Registered Nursing as to Accusation against Defendant Amanda Ream, R.N.)-Court has ruled that any reference to Amanda Ream's Nursing Board matter will be excluded at trial.

6. **Abigail Hamilton (Paralegal)**-Ms. Hamilton works as a paralegal for Plaintiff's counsel's office and is being identified to "authenticate summary of voluminous documents." Defendants object to "summaries of documents" being referenced or offered into evidence at the time of trial.

7. **Johnna Spikes (Paralegal)**-Ms. Spikes works as a paralegal for Plaintiff's counsel's office and is being identified to "authenticate summary of voluminous documents." Defendants object to "summaries of documents" being referenced or offered into evidence at the time of trial.

Defendants are not waiving their right to object to other witnesses listed by Plaintiff should there be grounds to do so before or during the trial.

X. EXHIBITS, SCHEDULES, SUMMARIES

Defendants will separately file an amended exhibit list. Defendants will submit any objections to Plaintiff's exhibits within 5 days of receipt of the exhibits as ordered by the Court.

XI. DISCOVERY DOCUMENTS

No Objections.

XII. FURTHER DISCOVERY OR MOTIONS

No Objections.

XIII. STIPULATIONS

Defendants object to subsection 3 of this section. During the Pretrial Conference, Defendants' counsel stated he would not stipulate to producing Defendants' employees for trial without subpoenas. Defendants' counsel does not stipulate to this.

///

XIV. AMENDMENTS/DISMISSALS

No Objections.

XV. FURTHER TRIAL PREPARATION

No Objections.

XVI. SETTLEMENT NEGOTIATIONS

No Objections.

XVII. AGREED STATEMENTS

No Objections.

XVIII. SEPARATE TRIAL OF ISSUES

No Objections.

XIX. IMPARTIAL EXPERTS/LIMITATION OF EXPERTS

No Objections.

XX. ATTORNEYS' FEES

No Objections.

XXI. MISCELLANEOUS

No Objections.

XXII. ESTIMATED TIME OF TRIAL/TRIAL DATE

No Objections.

XXIII. OBJECTIONS TO PRETRIAL ORDER

Defendants have stated their objections to the Tentative Pretrial Order as indicated above.

Dated: May 22, 2023

**MEDICAL DEFENSE LAW GROUP**

By: */s/ Paul A. Cardinale*

Paul A. Cardinale, Esq.
Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; WELLPATH INC.; WELLPATH MANAGEMENT, INC; WELLPATH, LLC; CORRECTIONAL MEDICAL GROUP COMPANIES, INC.; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; and DEBORAH SAEGER, MFT

Dated: May 22, 2023

**BERTLING LAW GROUP, INC.**

*/s/ Jemma Parker Saunders*

By: ______________________________

Jemma Parker Saunders, Esq.
Attorney for Defendant SHELBY CALLAHAN, L.V.N.

Dated: May 22, 2023

**WOOD, SMITH, HENNING & BERMAN, LLP**

*/s/ David McDonough*

By: ______________________________

David McDonough, Esq.
Attorney for Defendant THOMAS HAMMOND, L.V.N.