MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,

Plaintiff,

vs.

CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally,

Defendants.

Case No. 2:19-cv-01722-JAM-DB

**PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS TO TRIAL WITNESSES**

**Trial Date:** June 28, 2023

Plaintiff, by and through her attorneys, HADDAD & SHERWIN LLP, responds to Defendants' objections to Plaintiff's trial witness list. Defendants object to Caitlin Merriman, Jacob Caputo, Sarah Blume, and Barbara Burns as trial witnesses. Plaintiff proposes to withdraw Barbara Burns.

Plaintiff initially disclosed her aunt and uncle, Sharon and Tyler Gottschalk, as damages witnesses in this matter on December 12, 2019. Defendants never requested the depositions of any of Plaintiff's witnesses. Plaintiff's aunt and uncle are in their 80's and live in Woodinville, Washington. After the close of discovery, Plaintiff's uncle Tyler has been undergoing cancer treatment. Plaintiff's aunt and uncle are unable to travel testify in person at the trial of this matter.

Pursuant to Fed. Rule Civ. Proc. 26(a)(3)(B), Plaintiff must supplement her disclosures no later than 30 days before trial, which she has done. Plaintiff disclosed Sarah Blume and Barbara Burns on June 16, 2022 [Ms. Blume's name was misspelled as Blame]. At no time did Defendants ever object to the disclosure of these witnesses or ask for their depositions.

Because Mr. and Mrs. Gottschalk are unable to testify now due to their age and health, Plaintiff has substituted in their place Plaintiff's children, Caitlin Merriman and Jacob Caputo, as well as Sarah Blume and Plaintiff's hairdresser and friend, Yutta Johnson, to testify instead. These will be extremely short damages witnesses. Defendants' only objection is that they have not had the opportunity to depose these witnesses. Plaintiff will arrange for the depositions of these witnesses by Zoom, and offers to pay the court reporters' cost of the depositions.

Throughout this litigation, Plaintiff has given Defendants multiple extensions on discovery, extended case deadlines for Defendants' benefit, and even continued the deadline for the deposition of Defendants' expert accountant because he left the country on his honeymoon and made himself unavailable for deposition before the expert discovery cutoff. It would be manifestly unjust to exclude these short witnesses when there is no prejudice whatsoever to Defendants.

Dated: May 22, 2023

HADDAD & SHERWIN LLP

/s/ *Julia Sherwin*
JULIA SHERWIN
Attorneys for Plaintiff