UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7-20; individually, jointly, and severally,<br><br>Defendants. | Case No. 2:19-CV-01722 JAM-DB<br><br>**ORDER RE PARTIES' OBJECTIONS TO PRETRIAL CONFERENCE ORDER** |

The Court has received, read and considered the parties' objections to the Pretrial Conference Order (ECF No. 177) and

1

responds as follows:

<u>Plaintiff's Objections (ECF Nos. 181, 182)</u>

    1.   The Court reaffirms its prior Order denying the request for a jury questionnaire and/or attorney voir dire.

    2.   The Court reaffirms its prior Order excluding evidence of other lawsuits against Wellpath Defendants.  Evidence of a <u>lawsuit</u> is not <u>proof</u> that Defendants had knowledge of what they were doing was illegal.  Proof of a <u>civil award/judgment</u> or <u>conviction</u> against Defendants under circumstances to the case at bar might be relevant.

    3.   The Court hereby amends the Pretrial Order to exclude autopsy photos only.

    4.   Defendants alleged failure to produce financial documents or supplement prior discovery responses is a matter that should be brought before a Magistrate Judge.  The Court will permit Plaintiff to file a motion to compel before the assigned Magistrate Judge so long as the motion can be heard and decided on an expedited basis and does not to affect the trial date.

    5.   The issue of whether Wellpath Inc. is a proper Defendant in this case will be taken up prior to jury selection if the parties cannot reach a stipulation.

    6.   Plaintiff's Amended Trial Witness List (ECF No. 186) and Amended Trial Exhibit List (ECF No. 180) are hereby incorporated into the Court's Pretrial Order and attached hereto as Exhibits 1 and 2.

<u>Defendants' Objections (ECF No. 183)</u>

    A.   Defendants' Objections to certain witnesses and Plaintiff's response to these objections (ECF No. 187) should be

raised as a motion in limine which the Court will decide prior to jury selection.

    B.    Defendants' Amended Joint Exhibit List (ECF No. 184) is hereby incorporated into the Court's Pretrial Order and attached hereto as Exhibit 3.

    C.    Defendants' objection to Paragraph 3 of Section XIII of the pretrial Order ("Stipulations") is sustained.

    IT IS SO ORDERED.

Dated: May 23, 2023        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE