**Exhibit 2**

MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,

Plaintiff,

vs.

CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally,

Defendants.

Case No. 2:19-cv-01722-JAM-DB

**PLAINTIFF'S AMENDED TRIAL EXHIBIT LIST**

**Trial Date:** June 28, 2023

| Ex. No. | Description | Substance/Purpose | Sponsoring Witness |
|---|---|---|---|
| 1. | Contract between Shasta County and CFMG | Defendants' liability; standard of care; causation; Damages | Sinecio Cordero; Raymond Herr, M.D.; Brooke McGee; Keri Rubalcava; Tabitha Vanns |
| 2. | Probable Cause Declaration | Defendants' liability; causation; Damages | Redding Officer, Darren Hull; Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Sgt. Brandon Rodgers; Deputy Wyatt Mason; Sgt. Chase Reed; Sgt. Joe Danis |
| 3. | Randall Johnson's Wellpath jail medical records | Defendants' liability; causation; Damages; Impeachment | Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Plaintiff's experts: Denise Panosky, R.N.; Richard Hayward, Ph.D.; Larissa Mooney, M.D.; Martin Chenevert, M.D. |
| 4. | Questions Asked by Amanda Ream | Defendants' liability; causation; Damages; Impeachment | Defendant Ream |
| 5. | 12 Things Amanda Ream knew about Randall Johnson | Defendants' liability; causation; Damages; Impeachment | Defendant Ream |
| 6. | Jail Video 1.Sally Port – audio enhanced | Defendants' liability; causation; Damages; Impeachment | Defendant Ream; Officer Darren Hull; Sgt. Brandon Rodgers; Deputy Wyatt Mason; Plaintiff's audio/video analysis expert, Paul Endo |
| 7. | Jail Video 2.Office – audio enhanced | Defendants' liability; causation; Damages; Impeachment | Defendant Ream; Officer Darren Hull; Sgt. Brandon Rodgers; Deputy Wyatt Mason; Plaintiff's audio/video analysis expert, Paul Endo |

| Ex. No. | Description | Substance/Purpose | Sponsoring Witness |
|---|---|---|---|
| 8. | Jail Video 1.Sally Port transcript | Defendants' liability; causation; Damages; Impeachment | Defendant Ream; Officer Darren Hull; Sgt. Brandon Rodgers; Deputy Wyatt Mason |
| 9. | Jail Video 2.Office transcript | Defendants' liability; causation; Damages; Impeachment | Defendant Ream; Officer Darren Hull; Sgt. Brandon Rodgers; Deputy Wyatt Mason |
| 10. | Injury/Scene photos | Defendants' liability; causation; Damages; Impeachment | Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Deputy Richard Ochoa, Deputy Joseph Grady |
| 11. | Photos of Shasta County jail's Safety Cell 2 | Defendants' liability; causation; Damages; Impeachment | Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Deputy Richard Ochoa, Deputy Joseph Grady |
| 12. | Jail inspection photos | Defendants' liability; causation; Damages; Impeachment | Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Deputy Richard Ochoa, Deputy Joseph Grady |
| 13. | Randall Johnson's Shasta County jail custody records | Defendants' liability; causation; Damages; Impeachment | Sgt. Brandon Rodgers; Deputy Wyatt Mason; Deputy Richard Ochoa; Sgt. Joe Danis; Captain Dave Kent; Deputy Richard Ochoa, Deputy Joseph Grady |
| 14. | 911 recordings | Defendants' liability; causation; Damages | Custodian of Records |

| Ex. No. | Description | Substance/Purpose | Sponsoring Witness |
|---|---|---|---|
| 15. | Wellpath employees' shift schedule at Shasta County jail for the week of August 11 through August 19, 2018. | Defendants' liability; causation; Damages | Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Hammond |
| 16. | Shasta County date range schedule | Defendants' liability; causation; Damages; Impeachment | Defendants Rubalcava, Callahan, Hammond, Collins, Ream, Smith |
| 17. | CFMG Staffing Plan | Defendants' liability; causation; Damages | Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Tabitha Vanns; Brooke McGee |
| 18. | Board of Vocational Nursing and Psychiatric Technicians, Department of Consumer Affairs' accusation against Jennifer Caudillo | Defendants' liability; causation; Damages; Impeachment | Custodian of Records; Raymond Herr, M.D. |
| 19. | California Board of Vocational Nursing and Psychiatric Technicians Stipulated Settlement and Disciplinary Order against Jennifer Caudillo | Defendants' liability; causation; Damages; Impeachment | Custodian of Records |
| 20. | California Board of Registered Nursing Accusation against Defendant Amanda Ream, R.N. | Defendants' liability; causation; Damages; Impeachment | Defendant Amanda Ream; Custodian of Records |
| 21. | Amanda Ream's CMGC Employee Corrective Actions | Defendants' liability; causation; Damages; Impeachment | Defendants Ream and Rubalcava |
| 22. | Ann Shuman's Curriculum Vitae | Defendants' liability; causation; Damages; Impeachment | Ann Shuman, R.N. |

| Ex. No. | Description | Substance/Purpose | Sponsoring Witness |
|---|---|---|---|
| 23. | Emails exchanged between Board of Vocational Nursing and Psychiatric Technicians official, Ann Shuman, R.N., and CMGC/CFMG representative, Kathryn Wild, concerning LVN scope of practice | Defendants' liability; causation; Damages; Impeachment | Ann Shuman, R.N. |
| 24. | CMGC's Medical Intake Triage/Receiving Screening form (Shuman Dep Exhibit in *Neuroth v. Mendocino County*, et al.) | Defendants' liability; causation; Damages; Impeachment | Ann Shuman, R.N. |
| 25. | California Code of Regulations, Title 15, § 1203 – Health Care Staff Qualifications | Defendants' liability; causation; Damages; Impeachment | Ann Shuman, R.N.; Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Raymond Herr, M.D.; Plaintiff's experts: Denise Panosky, R.N.; Richard Hayward, Ph.D. |
| 26. | California Business & Professional Code § 2725, 2732, and 2795 – California Nurse Practicing Act | Defendants' liability; causation; Damages; Impeachment | Ann Shuman, R.N.; Defendants Rubalcava, Ream, Smith; Plaintiff's experts: Denise Panosky, R.N.; Richard Hayward, Ph.D. |
| 27. | California Business & Professions Code § 2725.3 – Health Facilities: Nursing Staff | Defendants' liability; causation; Damages; Impeachment | Ann Shuman, R.N.; Defendants Rubalcava, Ream, Smith; Plaintiff's experts: Denise Panosky, R.N.; Richard Hayward, Ph.D. |
| 28. | California Correctional Health Care Services LVN Scope of Practice Standards | Defendants' liability; causation; Damages; Impeachment | Ann Shuman, R.N.; Defendants Collins, Callahan, Hammond, Ream, Rubalcava, Smith; Plaintiff's experts: Denise Panosky, R.N., Richard Hayward, Ph.D. |

| Ex. No. | Description | Substance/Purpose | Sponsoring Witness |
|---|---|---|---|
| 29. | California Nurses Association Nursing Practice & Patient Advocacy Alert | Defendants' liability; causation; Damages; Impeachment | Ann Shuman, R.N.; Defendants Collins, Callahan, Hammond, Ream, Rubalcava, Smith; Plaintiff's experts: Denise Panosky, R.N., Richard Hayward, Ph.D. |
| 30. | CMGC LVN Scope of Practice Memo from Dr. Raymond Herr | Defendants' liability; causation; Damages; Impeachment | Raymond Herr, M.D.; Ann Shuman, R.N.; Defendants Collins, Callahan, Hammond, Ream, Rubalcava, Smith; Plaintiff's experts: Denise Panosky, R.N.; Richard Hayward, Ph.D. |
| 31. | CMGC's Onsite Preliminary Mortality Review | Defendants' liability; causation; Damages | Defendant Rubalcava; Raymond Herr, M.D. |
| 32. | CMGC Shasta County Policy and Procedure Manual's Receiving Screening Policy E02 | Defendants' liability; causation; Damages; Impeachment | Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Carin Kottraba, Ph.D.; Raymond Herr, M.D.; Plaintiff's experts: Denise Panosky, R.N., Richard Hayward, Ph.D. |
| 33. | CMGC Safety Cell Placement and Retention policy E09.1 | Defendants' liability; causation; Damages; Impeachment | Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Carin Kottraba, Ph.D; Raymond Herr, M.D.; Plaintiff's experts: Denise Panosky, R.N., Richard Hayward, Ph.D. |

| Ex. No. | Description | Substance/Purpose | Sponsoring Witness |
|---|---|---|---|
| 34. | Shasta County's Safety and Sobering Cell Policy 503 | Defendants' liability; causation; Damages; Impeachment | Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Carin Kottraba, Ph.D.; Raymond Herr, M.D.; Plaintiff's experts: Denise Panosky, R.N., Richard Hayward, Ph.D. |
| 35. | CMGC Shasta County Adult Corrections Facility Policy & Procedure Manual Suicide Prevention Program Policy G05 | Defendants' liability; causation; Damages; Impeachment | Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Carin Kottraba, Ph.D.; Raymond Herr, M.D.; Plaintiff's experts: Denise Panosky, R.N., Richard Hayward, Ph.D. |
| 36. | CMGC Intoxication and Withdrawal policy G07 | Defendants' liability; causation; Damages; Impeachment | Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Carin Kottraba, Ph.D.; Raymond Herr, M.D.; Plaintiff's experts: Denise Panosky, R.N., Richard Hayward, Ph.D. |
| 37. | CMGC's Shasta County Policy and Procedure Manual with Table of Contents | Defendants' liability; causation; Damages; Impeachment | Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Carin Kottraba, Ph.D.; Raymond Herr, M.D.; Plaintiff's experts: Denise Panosky, R.N., Richard Hayward, Ph.D. |

| Ex. No. | Description | Substance/Purpose | Sponsoring Witness |
|---|---|---|---|
| 38. | Wellpath's Shasta County Suicide Prevention and Intervention Program | Defendants' liability; causation; Damages; Impeachment | Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Carin Kottraba, Ph.D; Raymond Herr, M.D.; Plaintiff's experts: Denise Panosky, R.N.; Richard Hayward, Ph.D. |
| 39. | CMGC's Mental Health Screening and Evaluation policy E05 | Defendants' liability; causation; Damages; Impeachment | Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Carin Kottraba, Ph.D.; Raymond Herr, M.D.; Plaintiff's experts: Denise Panosky, R.N., Richard Hayward, Ph.D. |
| 40. | CMGC Mental Health Services Policy G04 | Defendants' liability; causation; Damages; Impeachment | Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Carin Kottraba, Ph.D.; Raymond Herr, M.D.; Plaintiff's experts: Denise Panosky, R.N., Richard Hayward, Ph.D. |
| 41. | Shasta County's Inmate Handbook and Orientation Policy 509 and attached Inmate Orientation Manual | Defendants' liability; causation; Damages; Impeachment | Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Carin Kottraba, Ph.D.; Raymond Herr, M.D.; Plaintiff's experts: Denise Panosky, R.N., Richard Hayward, Ph.D. |

| Ex. No. | Description | Substance/Purpose | Sponsoring Witness |
|---|---|---|---|
| 42. | CFMG's Deliberate Indifference training | Defendants' liability; causation; Damages; Impeachment | Defendant Rubalcava |
| 43. | National Commission on Correctional Health Care Essential Standard MH-G-04 - Suicide Prevention Program | Defendants' liability; causation; Damages; Impeachment | Defendants Rubalcava, Ream, Smith, Maike, Collins, Callahan, Saeger, Hammond; Carin Kottraba, Ph.D.; Raymond Herr, M.D.; Plaintiff's experts: Denise Panosky, R.N., Richard Hayward, Ph.D. |
| 44. | Shasta County Jail's Operations Review | Defendants' liability; causation; Damages; Impeachment | Sinecio Cordero; Raymond Herr, M.D.; Defendant Rubalcava |
| 45. | CMGC Registered Nurse job description | Defendants' liability; causation; Damages; Impeachment | Defendants Rubalcava, Ream, Smith; Raymond Herr. M.D. |
| 46. | Shasta County Sheriff's Office Main Jail Annual Report of Medical Services 2018 | Defendants' liability; causation; Damages; Impeachment | Defendant Rubalcava |
| 47. | Google Maps directions from Saeger home to Shasta County jail | Defendants' liability; causation; Damages; Impeachment | Defendant Saeger |
| 48. | Emails exchanged between Defendants Hammond and Smith | Defendants' liability; causation; Damages; Impeachment | Defendants Hammond and Smith |
| 49. | Heritage Oaks Hospital records | Damages | Custodian of Records, Plaintiff's experts Panosky, Hayward, Chenevert, Mooney |
| 50. | Mercy Medical Center records | Damages | Custodian of Records, Plaintiff's experts Panosky, Hayward, Chenevert, Mooney |

| Ex. No. | Description | Substance/Purpose | Sponsoring Witness |
|---|---|---|---|
| 51. | Shasta Regional Medical Center records | Damages | Custodian of Records, Plaintiff's experts Panosky, Hayward, Chenevert, Mooney |
| 52. | Anderson Medical Associates records | Damages | Custodian of Records, Plaintiff's experts Panosky, Hayward, Chenevert, Mooney |
| 53. | Shasta Orthopaedics & Sports Medicine records | Damages | Custodian of Records, Plaintiff's experts Panosky, Hayward, Chenevert, Mooney |
| 54. | American Medical Response records | Damages | Custodian of Records, Plaintiff's experts Panosky, Hayward, Chenevert, Mooney |
| 55. | Shasta County Mental Health records | Damages | Custodian of Records, Plaintiff's experts Panosky, Hayward, Chenevert, Mooney |
| 56. | Raley's Pharmacy records | Damages | Custodian of Records, Plaintiff's experts Panosky, Hayward, Chenevert, Mooney |
| 57. | Walgreens Pharmacy records | Damages | Custodian of Records, Plaintiff's experts Panosky, Hayward, Chenevert, Mooney |
| 58. | Confidential Phone Records between Plaintiff Katherine Johnson and Decedent Randall Johnson | Damages | Plaintiff Katherine Johnson |
| 59. | Richard Hayward, Ph.D.'s Expert Report and Curriculum Vitae | Plaintiff's expert in clinical, correctional, and forensic psychology; Defendants' liability, damages | Richard Hayward, Ph.D.. |

| Ex. No. | Description | Substance/Purpose | Sponsoring Witness |
|---|---|---|---|
| 60. | Larissa Mooney, M.D.'s Expert Report and Curriculum Vitae | Plaintiff's expert in addiction medicine and psychiatry; Defendants' liability, damages | Larissa Mooney, M.D. |
| 61. | Denise Panosky, R.N.'s Expert Report and Curriculum Vitae | Plaintiff's expert in clinical and forensic nursing and correctional nursing; Defendants' liability, damages | Denise Panosky, R.N. |
| 62. | Martin Chenevert, M.D.'s Expert Report and Curriculum Vitae | Plaintiff's expert in emergency medicine; Defendants' liability, damages | Martin Chenevert, M.D. |
| 63. | Annette M. Stalker, C.P.A.'s Expert Report and Curriculum Vitae | Plaintiff's expert in forensic accounting; punitive damages, corporate Defendants' financial condition | Annette M. Stalker, C.P.A. |
| 64. | Paul Endo's Expert Report and Curriculum Vitae | Plaintiff's expert in forensic audio/video analysis | Paul Endo |
| 65. | Excerpt from defense expert Brian Swirsky's deposition transcript in *Goodwin v. Branco, M.D.* (Swirsky Dep. Ex. 58) | Defendants' liability; causation; Damages; Impeachment | Brian Swirsky, M.D. |
| 66. | Excerpts from Defendants' "Rebuttal Expert" Kimberly Pearson's expert report in *Anderson v. Contra Costa County*, No. 3:15-CV-01633 | Defendants' liability; causation; Damages; Impeachment | Kimberly Pearson, R.N. |
| 67. | Defendants' "Rebuttal Expert" Kimberly Pearson's emails exchanged with defense counsel Jerry Varanini | Defendants' liability; causation; Damages; Impeachment | Kimberly Pearson, R.N. |
| 68. | Email from Kathryn Wild to Rebuttal Expert Pearson re LVN Scope of Practice | Defendants' liability; causation; Damages; Impeachment | Kimberly Pearson, R.N. |

| Ex. No. | Description | Substance/Purpose | Sponsoring Witness |
|---|---|---|---|
| 69. | Frank Wisehart Invoices | Defendants' liability; causation; Damages; Impeachment | Frank Wisehart, C.P.A. |
| 70. | Emails between defense counsel, Paul Cardinal, and Defendants' rebuttal expert, Frank Wisehart | Defendants' liability; causation; Damages; Impeachment | Frank Wisehart, C.P.A. |
| 71. | CFMG Claimed Losses and Management Fees | Defendants' liability; causation; Damages; Impeachment | Frank Wisehart, C.P.A.; Annette Stalker, C.P.A.; Abigail Hamilton [summary of voluminous documents] |
| 72. | IRS Definition of Insolvency | Defendants' liability; causation; Damages; Impeachment | Frank Wisehart, C.P.A.; Annette Stalker, C.P.A. |
| 73. | Coroner's report | Decedent's cause of death causation, damages, impeachment | Forensic pathologist, Deirdre Amaro, M.D. |
| 74. | Dr. Deirdre Amaro's resume | Defendants' liability; causation; Damages; Impeachment | Forensic pathologist, Deirdre Amaro, M.D. |
| 75. | Half-Life calculator | Defendants' liability; causation; Damages; Impeachment | Forensic pathologist, Deirdre Amaro, M.D. |
| 76. | Heart Weight Calculation Tool | Defendants' liability; causation; Damages; Impeachment | Forensic pathologist, Deirdre Amaro, M.D. |
| 77. | DSM-5 Diagnostic Criteria for Stimulant Intoxication | Defendants' liability; causation; Damages; Impeachment | Larissa Mooney, M.D. |
| 78. | Defendant Keri Rubalcava's Responses to Plaintiff's Interrogatories (Set One) (Dated July 22, 2022) | Defendants' financial condition to assess punitive damages | Defendant Rubalcava |

| Ex. No. | Description | Substance/Purpose | Sponsoring Witness |
|---|---|---|---|
| 79. | Defendant Amanda Ream's Responses to Plaintiff's Interrogatories (Set One) (Dated July 22, 2022) | Defendants' financial condition to assess punitive damages | Defendant Ream |
| 80. | Defendant Linda Smith's Responses to Plaintiff's Interrogatories (Set One) (Dated July 22, 2022) | Defendants' financial condition to assess punitive damages | Defendant Smith |
| 81. | Defendant Cynthia Collins's Responses to Plaintiff's Interrogatories (Set One) (Dated July 22, 2022) | Defendants' financial condition to assess punitive damages | Defendant Collins |
| 82. | Defendant John Maike's Responses to Plaintiff's Interrogatories (Set One) (Dated July 22, 2022) | Defendants' financial condition to assess punitive damages | Defendant Maike |
| 83. | Defendant Shelby Callahan's Response to Plaintiff's Interrogatories (Set One) (Dated July 22, 2022) | Defendants' financial condition to assess punitive damages | Defendant Callahan |
| 84. | Defendant Keri Rubalcava's financial records | Defendants' financial condition to assess punitive damages | Defendant Rubalcava |
| 85. | Defendant Amanda Ream's financial records | Defendants' financial condition to assess punitive damages | Defendant Ream |
| 86. | Defendant Linda Smith's financial records | Defendants' financial condition to assess punitive damages | Defendant Smith |
| 87. | Defendant Cynthia Collins's financial records | Defendants' financial condition to assess punitive damages | Defendant Collins |
| 88. | Defendant John Maike's financial records | Defendants' financial condition to assess punitive damages | Defendant Maike |

| Ex. No. | Description | Substance/Purpose | Sponsoring Witness |
|---|---|---|---|
| 89. | Defendant Shelby Callahan's financial records | Defendants' financial condition to assess punitive damages | Defendant Callahan |
| 90. | Defendant Deborah Saeger's financial records | Defendants' financial condition to assess punitive damages | Defendant Saeger |
| 91. | Defendant Thomas Hammond's financial records | Defendants' financial condition to assess punitive damages | Defendant Hammond |
| 92. | Family Photos | Damages | Plaintiff Katherine Johnson |
| 93. | Randall Johnson's Death Certificate | Defendants' liability; damages | Deirdre Amaro, M.D.; Plaintiff Katherine Johnson |
| 94. | Randall Johnson's Amended Death Certificate | Defendants' liability; damages | Deirdre Amaro, M.D.; Plaintiff Katherine Johnson |
| 95. | Wellpath's Confidential Financial Information | Defendants' financial condition to assess punitive damages | Tabitha Vanns; Raymond Herr, M.D.; Brooke McGee; Sinecio Cordero |
| 96. | Tabitha Vanns's declaration | Defendants' financial condition to assess punitive damages | Tabitha Vanns |
| 97. | HIG Capital Press Release | Defendants' financial condition to assess punitive damages | Tabitha Vanns; Raymond Herr, M.D.; Sinecio Cordero |
| 98. | Excerpts of Rich Parubrub website | Defendants' financial condition to assess punitive damages | Tabitha Vanns; Raymond Herr, M.D.; Sinecio Cordero; Brooke McGee |
| 99. | Nashville Business Journal article | Defendants' financial condition to assess punitive damages | Tabitha Vanns; Raymond Herr, M.D.; Sinecio Cordero; Brooke McGee |

| Ex. No. | Description | Substance/Purpose | Sponsoring Witness |
|---|---|---|---|
| 100. | Excerpts of the Wellpathcare.com website | Defendants' financial condition to assess punitive damages | Tabitha Vanns; Raymond Herr, M.D.; Sinecio Cordero; Brooke McGee |
| 101. | Wellpath's Practice Link job posting for Shasta County Jail and Juvenile Hall | Defendants' financial condition to assess punitive damages | Tabitha Vanns; Raymond Herr, M.D.; Sinecio Cordero; Brooke McGee; Keri Rubalcava |
| 102. | Wellpath's PracticeMatch job posting for Shasta County Jail | Defendants' financial condition to assess punitive damages | Tabitha Vanns; Raymond Herr, M.D.; Sinecio Cordero; Brooke McGee; Keri Rubalcava |
| 103. | PracticeLink Employer Profile for Wellpath | Defendants' financial condition to assess punitive damages | Tabitha Vanns; Raymond Herr, M.D.; Sinecio Cordero; Brooke McGee; Keri Rubalcava |
| 104. | Moody's Report on Wellpath Holdings, Inc. from July 2022 | Defendants' financial condition to assess punitive damages | Tabitha Vanns; Raymond Herr, M.D.; Sinecio Cordero; Brooke McGee |
| 105. | State of California Statement of Information for CFMG | Defendants' financial condition to assess punitive damages | Raymond Herr, M.D. |
| 106. | CFMG Staff Training PowerPoint re Merger | Defendants' financial condition to assess punitive damages | Raymond Herr, M.D. |
| 107. | Summary and Defendants' contracts in California | Defendants' financial condition to assess punitive damages | Abigail Hamilton; Johnna Spikes (Summary of Voluminous Information) |
| 108. | January 17, 2015, *Sacramento Bee* article entitled, "California for-Profit Company Faces Allegations of Inadequate Inmate Care" | Defendants' liability; causation; Damages; Impeachment | Raymond Herr, M.D.; Defendant Keri Rubalcava; Carin Kottraba, Ph.D. |
| 109. | Excerpts of CFMG Response to Shasta County Request for Proposal #16-01 | Defendants' liability; Impeachment; Punitive damages | Raymond Herr, M.D.; Defendant Keri Rubalcava |

| Ex. No. | Description | Substance/Purpose | Sponsoring Witness |
|---|---|---|---|
| 110. | CFMG Response to Shasta County Request for Proposal #16-01 with Appendix 1 | Defendants' liability; Impeachment; Punitive Damages | Raymond Herr, M.D.; Defendant Keri Rubalcava |

Respectfully Submitted,

Dated: May 21, 2023

HADDAD & SHERWIN LLP

*/s/ Julia Sherwin*

JULIA SHERWIN
Attorneys for Plaintiff