UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON DECEASED, etc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF REDDING, et al.,<br><br>Defendants. | No. 2:19-cv-1722 JAM DB<br><br><br>ORDER |

On May 26, 2023, the parties filed a stipulation and order for an expedited hearing. (ECF No. 189.) Therein, the parties explain that they intend "to file a motion to compel to be heard on an expedited basis so as not to affect the June 28, 2023 trial date." (Id. at 3.) The parties are preparing a Joint Statement "to be filed by June 2, 2023." (Id.) The parties are advised that undersigned cannot rule on the parties' request for an expedited hearing without first reviewing the Joint Statement.

IT IS SO ORDERED.

DATED: May 30, 2023        /s/ DEBORAH BARNES
                           UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/johnson1722.mot.exp.ord