UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON DECEASED, etc., et al., | No. 2:19-cv-1722 JAM DB |
| Plaintiff, | |
| v. | ORDER |
| CITY OF REDDING, et al., | |
| Defendants. | |

On June 2, 2023, plaintiff filed a notice of request to file documents under seal. (ECF No. 197.) The documents are offered "in support of Plaintiff's" argument related to the parties' pending discovery dispute, set for hearing before the undersigned on June 9, 2023. (Id. at 2.) In evaluating requests to seal, the court starts "'with a strong presumption in favor of access to court records.'" Ctr. for Auto Safety v. Chrysler Grp., LLC, 809 F.3d 1092, 1096 (9th Cir. 2016) (quoting Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1135 (9th Cir. 2003)). "The presumption of access is 'based on the need for federal courts, although independent – indeed, particularly because they are independent – to have a measure of accountability and for the public to have confidence in the administration of justice.'" Id. (quoting United States v. Amodeo, 71 F.3d 1044, 1048 (2d Cir. 1995)). A request to seal material must normally meet the high threshold of showing that "compelling reasons" support secrecy. Id. (citing Kamakana v. City

1

and County of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006)). However, where the material is, at most, "tangentially related to the merits of a case," the request to seal may be granted on a showing of "good cause." Id. at 1097-1101. Moreover, Local Rule 141(b) requires, in relevant part, that a "'Request to Seal Documents' shall set forth the statutory or other authority for sealing, the requested duration, the identity, by name or category, of persons permitted access to the documents, and all other relevant information."

Here, the material sought to be filed under seal is tangentially related to the merits of the case. And plaintiff's brief establishes good cause for filing the documents under seal. In this regard, the documents sought to be filed under seal concern evidence related to defendants' private financial information.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 2, 2023 notice of request to seal (ECF No. 197) is granted; and

2. The Clerk of the Court shall file under seal: (1) the deposition transcript of the Wellpath Defendants' Controller and Vice President of Finance, and their designated 30(b)(6) Person Most Knowledgeable on their financial condition, Tabitha Vanns; (2) excerpts of the deposition transcripts of Wellpath's forensic accounting and business valuation expert, Frank Wisehart and Plaintiff's forensic accounting expert, Annette Stalker; (3) Ms. Stalker's expert report; and (4) Mr. Wisehart's rebuttal expert report.[1]

DATED: June 8, 2023                    /s/ DEBORAH BARNES
                                       UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/johnson1722.seal.ord

---

[1] Counsel for plaintiff shall contact the Clerk of the Court to provide the documents to be filed under seal.