MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>            Plaintiff,<br>    vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally,<br><br>            Defendants. | Case No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER RE: USE OF OFFICIAL RECORDS OF SHASTA COUNTY AT TRIAL** |

Case No.: 2:19-cv-01722-JAM-DB: STIPULATION AND ORDER RE:
USE OF OFFICIAL RECORDS OF SHASTA COUNTY AT TRIAL

All parties, by and through their counsel of record, hereby stipulate and agree to the following:

1. All parties have listed proposed exhibits consisting of County of Shasta records produced by the County in this case. The parties have already stipulated that the records are authentic. So that Shasta County need not produce custodians of records at trial, the parties agree that Shasta County records produced by the County in this case are authentic and are public records and/or records of regularly conducted activity pursuant to F.R.E. 803 (6) and (8), including specifically:

    a. Plaintiff's Trial Exhibits 1, 2, 3, 6, 7, 13, 34, 41, 73, 93, 94; and

    b. Defendants' Joint Trial Exhibits D, E, F, K, O, W, X, Y, Z, FF, DDD, EEE, FFF.

2. All parties reserve all other objections to admissibility of these records at trial.

Dated: June 8, 2023     HADDAD & SHERWIN LLP

*/s/ Julia Sherwin*

JULIA SHERWIN
Attorneys for Plaintiff

Dated: June 8, 2023     MEDICAL DEFENSE LAW GROUP

*/s/ Paul A. Cardinale*

PAUL A. CARDINALE
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.; WELLPATH, INC.; WELLPATH MANAGEMENT, INC.; WELLPATH LLC; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE; CYNTHIA COLLINS, L.V.N.; and DEBORAH SAEGER, MFT

Dated:  June 9, 2023                                BERTLING LAW GROUP, INC.


                                                    */s/ Peter G. Bertling*
                                                    PETER G. BERTLING
                                                    Attorneys for Defendant
                                                    SHELBY CALLAHAN, L.V.N.


Dated:  June 8, 2023                                WOOD SMITH HENNING BERMAN LLP


                                                    */s/ David McDonough*
                                                    DAVID MCDONOUGH
                                                    Attorneys for Defendant
                                                    THOMAS HAMMOND, L.V.N.

# ORDER

Based on the parties' stipulation, and with good cause appearing,

**IT IS SO ORDERED**.

Dated: June 12, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE