```
 1  MICHAEL J. HADDAD (SBN 189114)
    JULIA SHERWIN (SBN 189268)
 2  TERESA ALLEN (SBN 264865)
    HADDAD & SHERWIN LLP
 3  505 Seventeenth Street
    Oakland, CA 94612
 4  Telephone:    (510) 452-5500
    Facsimile:    (510) 452-5510
 5
 6  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>      Plaintiff,<br>  vs.<br><br>CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally,<br><br>      Defendants. | Case No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER TO DISMISS BANE ACT CLAIMS, AND DEFENDANTS WELLPATH INC., AND DEBORAH SAEGER** |

Case No.: 2:19-cv-01722-JAM-DB: STIPULATION AND ORDER TO DISMISS BANE ACT CLAIMS, AND DEFENDANTS WELLPATH INC., AND DEBORAH SAEGER

All parties, by and through their counsel of record, hereby stipulate and agree to the following:

1. The parties stipulate to the dismissal with prejudice of all Bane Act claims (Cal. Civil Code § 52.1) against all Defendants.

2. The parties stipulate to the dismissal with prejudice of Defendant Wellpath, Inc. -- based on the Declaration from the Wellpath Person Most Knowledgeable about the corporate entities' relationships, Brooke McGee -- that Wellpath, Inc., is not part of the Wellpath family of companies sued herein and has never had any connection to Defendants.

3. The parties stipulate to the dismissal with prejudice of Defendant Deborah Saeger, MFT, provided that she will testify at the trial of this matter.

4. The parties agree to bear their own costs and attorney's fees necessitated by the claims dismissed herein.

5. All other pending claims against all other parties will proceed.

Dated:  June 5, 2023            HADDAD & SHERWIN LLP

                                /s/ Julia Sherwin
                                _____
                                JULIA SHERWIN
                                Attorneys for Plaintiff

Dated:  June 12, 2023           MEDICAL DEFENSE LAW GROUP

                                /s/ Paul A. Cardinale
                                _____
                                PAUL A. CARDINALE
                                Attorneys for Defendants
                                CALIFORNIA FORENSIC MEDICAL GROUP,
                                INC.; WELLPATH, INC.; WELLPATH
                                MANAGEMENT, INC.; WELLPATH LLC; KERI
                                RUBALCAVA, R.N.; AMANDA REAM, R.N.;
                                LINDA SMITH, R.N.; JOHN MAIKE; CYNTHIA
                                COLLINS, L.V.N.; and DEBORAH SAEGER, MFT

Case No.: 2:19-cv-01722-JAM-DB: STIPULATION AND ORDER TO DISMISS BANE ACT CLAIMS, AND DEFENDANTS WELLPATH INC., AND DEBORAH SAEGER                                                                 1

Dated: June 9, 2023                          BERTLING LAW GROUP, INC.

*/s/ Peter G. Bertling*

PETER G. BERTLING
Attorneys for Defendant
SHELBY CALLAHAN, L.V.N.


Dated: June 8, 2023                          WOOD SMITH HENNING BERMAN LLP

*/s/ David McDonough*

DAVID MCDONOUGH
Attorneys for Defendant
THOMAS HAMMOND, L.V.N.

Case No.: 2:19-cv-01722-JAM-DB: STIPULATION AND ORDER TO DISMISS BANE ACT CLAIMS, AND DEFENDANTS WELLPATH INC., AND DEBORAH SAEGER

2

# ORDER

Based on the parties' stipulation, and with good cause appearing,

The following claims are hereby **DISMISSED**, with prejudice:

1. Bane Act claims (Cal. Civil Code § 52.1) against all Defendants;
2. All claims against Defendant Wellpath, Inc.
3. All claims against Defendant Deborah Saeger, MFT.

Deborah Saeger will testify at the trial of this matter.

All parties will bear their own costs and attorney's fees necessitated by the claims dismissed herein.  All other pending claims against all other parties will proceed.

IT IS SO ORDERED.

Dated: June 13, 2023                     /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE