# ANN E. SHUMAN, M.S., R.N.

## Education

**1982** **Master of Science in Nursing**; University of California, San Francisco
**1972** **Bachelor of Science in Nursing**; Boston University
**1965** **Diploma in Nursing**; Swedish-American Hospital, Rockford, Illinois

## Positions Held

2010-present **Nursing Education Consultant (Retired Annuitant),**
**California Board of Vocational Nursing and Psychiatric Technicians**

Responsibilities: Interpret and enforce statutes and regulations applicable to vocational nursing and psychiatric technician programs and licensees. In some cases, write regulations applicable to vocational nursing and psychiatric technician programs; clarify scopes of practice for vocational nurses and psychiatric technicians for licensees and consumers; interface with other agencies/groups to protect consumers of healthcare. Review complaints against licensees to determine appropriate disciplinary action as applicable.

1994-2009 **Supervising Nursing Education Consultant**
**California Board of Vocational Nursing and Psychiatric Technicians**

Responsibilities: Supervise Nursing Education Consultants in their performance of duties. Define and clarify the Board's role relative to the education, practice and discipline of licensed vocational nurses and psychiatric technicians to consumers, stakeholders, other organizations, legislators, licensees, educators and regulators. Guide the development of statutes and regulations to strengthen and enhance California vocational nursing and psychiatric technician programs. Serve as a nursing resource to other departments within the Board.

1987-1994 **Nursing Education Consultant**
**California Board of Vocational Nursing and Psychiatric Technicians**

Responsibilities: Interpret and enforce statutes and regulations contained in the Vocational Nursing Practice Act and the Psychiatric Technicians Law. In some cases, write regulations applicable to vocational nursing and psychiatric technician programs; clarify scopes of practice for vocational nurses and psychiatric technicians for licensees and consumers; interface with other agencies/groups to protect consumers of healthcare. Review complaints against licensees to determine appropriate disciplinary action as applicable. Manage the oversight and guidance of accredited and proposed vocational nursing and psychiatric technician programs, as assigned, to ensure program compliance with applicable statutes and regulations.

1982-1987 **Manager, General Surgical Unit**
**American River Hospital, Carmichael, California**

Responsibilities: Direct nursing and ancillary staff in the care of general surgical patients. Interface with nursing administration, physicians, and other departments within the hospital.

EXHIBIT 1 Shuman
PENGAD 800-631-6989

1979-1980 **Staff Nurse, General Surgical Unit**
**<u>American River Hospital, Carmichael, California</u>**

Responsibilities: Provide direct nursing care to patients within the unit.

1978-1979 **Flight Nurse and Director of Staff Development**
**9th Aeromedical Evacuation Squadron, Clark Airbase, Philippines**
**<u>United States Air Force</u>**

Responsibilities: As flight nurse, supervise junior officers and enlisted nursing personnel in providing direct inflight care to patients. As Director of Staff Development, supervise junior officers and enlisted personnel in providing inservice training and education to squadron personnel. Interface with Air Force personnel at various healthcare facilities in the Pacific Theater and the continental United States.

1975-1978 **Assistant Officer-In-Charge, Staff Development Department**
**Wilford Hall USAF Medical Center**
**<u>Lackland Air Force Base, San Antonio, Texas</u>**

Responsibilities: Provide inservice education and training to all Medical Center nursing personnel. Provide orientation to newly assigned Nurse Corps officers.

1974-1975 **Staff Nurse, Obstetrics**
**Wilford Hall USAF Medical Center**
**<u>Lackland Air Force Base, San Antonio, Texas</u>**

Responsibilities: Provide direct nursing care and teaching to obstetrical patients.

1972-1974 **Staff Nurse, General Surgical Unit**
**<u>American River Hospital, Carmichael, California</u>**

Responsibilities: Provide direct nursing care to patients within the unit.

1970-1971 **Staff Nurse, Medical-Surgical Unit**
**<u>American River Hospital, Carmichael, California</u>**

Responsibilities: Provide direct nursing care to patients within the unit.

1967-1970 **Director of Staff Development**
**<u>Swedish-American Hospital, Rockford, Illinois</u>**

Responsibilities: Provide inservice education and training to all hospital nursing personnel. Provide orientation to newly assigned nurses.

1965-1967 **Staff Nurse, Obstetrics and Gynecology**
**<u>Passavant Memorial Hospital, Chicago, Illinois</u>**

Responsibilities: Provide direct nursing care to gynecology, labor/delivery, post-partum and newborn patients.