MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER OF PARTIAL DISMISSAL** |

Case No. 2:19-cv-01722-JAM-DB:  STIP AND ORDER OF PARTIAL DISMISSAL

Plaintiff Katherine Johnson, and Defendants Cynthia Collins, John Maike, Keri Rubalcava, and Linda Smith only, by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims between Plaintiff and these Defendants, with these parties to bear their own costs and attorneys' fees with respect to the claims between them.  Plaintiff's claims against the Wellpath/CFMG/CMGC Defendants, Shelby Callahan, Amanda Ream, and Thomas Hammond remain pending.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  July 25, 2023                           HADDAD & SHERWIN LLP

                                                /s/ *Julia Sherwin*
                                                JULIA SHERWIN
                                                Attorneys for Plaintiff

Dated:  July 25, 2023                           MEDICAL DEFENSE LAW GROUP

                                                /s/ *Paul A. Cardinale*
                                                PAUL A. CARDINALE
                                                Attorneys for Defendants
                                                CALIFORNIA FORENSIC MEDICAL GROUP, INC.; WELLPATH MANAGEMENT, INC.; WELLPATH LLC; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE; CYNTHIA COLLINS, L.V.N.

**ORDER**

Pursuant to stipulation of the parties, and for good cause,

**IT IS SO ORDERED.**

Dated: July 28, 2023 /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE