MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:     (510) 452-5500
Facsimile:     (510) 452-5510

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

RANDALL SCOTT JOHNSON, DECEASED, by
and through his Successor in Interest, KATHERINE
JOHNSON, KATHERINE JOHNSON, Individually,

                  Plaintiff,

     vs.

CALIFORNIA FORENSIC MEDICAL GROUP,
INCORPORATED, a California corporation;
CORRECTIONAL MEDICAL GROUP COMPANIES,
INC., a Delaware Corporation; WELLPATH
MANAGEMENT, INC., a Delaware Corporation;
WELLPATH LLC, a Delaware Limited Liability
Company; DOE Defendant 1; KERI RUBALCAVA,
R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.;
JOHN MAIKE, Psychiatric R.N.; CYNTHIA
COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.;
DEBORAH SAEGER, MFT; THOMAS HAMMOND,
L.V.N.; and DOES 7–20; individually, jointly, and
severally,

                  Defendants.

Case No. 2:19-cv-01722-JAM-DB

**STIPULATION AND ORDER
OF PARTIAL DISMISSAL**

1  Plaintiff Katherine Johnson, and Defendant Shelby Callahan, by and through their respective

2  counsel of record, hereby stipulate to the dismissal with prejudice of all claims between Plaintiff

3  and this Defendant, with these parties to bear their own costs and attorneys' fees with respect to the

4  claims between them.  Plaintiff's claims against the Wellpath/CFMG/CMGC Defendants, Amanda

5  Ream, and Thomas Hammond remain pending.

6  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

7

8  Dated:  July 25, 2023                    HADDAD & SHERWIN LLP

9

10                                           /s/ *Julia Sherwin*
                                            JULIA SHERWIN
11                                           Attorneys for Plaintiff

12  Dated:  July 25, 2023                    BERTLING LAW GROUP

13

14                                           /s/ *Peter G. Bertling*
                                            PETER G. BERTLING
15                                           Attorneys for Defendant Shelby Callahan

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**ORDER**</u>

Pursuant to stipulation of the parties, and for good cause,

**IT IS SO ORDERED.**

Dated: July 28, 2023      /s/ John A. Mendez
               THE HONORABLE JOHN A. MENDEZ
               SENIOR UNITED STATES DISTRICT JUDGE