MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>Plaintiff,<br>vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally,<br><br>Defendants. | Case No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER OF PARTIAL DISMISSAL** |

Case No. 2:19-cv-01722-JAM-DB:  STIP AND ORDER OF PARTIAL DISMISSAL

1  Plaintiff Katherine Johnson, and Defendant Thomas Hammond, by and through their
2  respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims between
3  Plaintiff and this Defendant, with these parties to bear their own costs and attorneys' fees with
4  respect to the claims between them.  Plaintiff's claims against the Wellpath/CFMG/CMGC
5  Defendants and Amanda Ream remain pending.
6  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

8  Dated:  August 2, 2023                HADDAD & SHERWIN LLP

10                                       /s/ *Teresa Allen*
                                         TERESA ALLEN
11                                       Attorneys for Plaintiff

12
13  Dated:  August 2, 2023                WOOD SMITH HENNING BERMAN LLP

14                                       /s/ *David McDonough*
                                         DAVID MCDONOUGH
15                                       Attorneys for Defendant
                                         THOMAS HAMMOND, L.V.N.

## ORDER

Pursuant to stipulation of the parties, and for good cause,

**IT IS SO ORDERED.**

Dated: August 03, 2023                         /s/ John A. Mendez
                                                                    THE HONORABLE JOHN A. MENDEZ
                                                                    SENIOR UNITED STATES DISTRICT JUDGE