MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT JOHNSON, DECEASED, by and through his Successor in Interest, KATHERINE JOHNSON, KATHERINE JOHNSON, Individually,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; CORRECTIONAL MEDICAL GROUP COMPANIES, INC., a Delaware Corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; DOE Defendant 1; KERI RUBALCAVA, R.N.; AMANDA REAM, R.N.; LINDA SMITH, R.N.; JOHN MAIKE, Psychiatric R.N.; CYNTHIA COLLINS, L.V.N.; SHELBY CALLAHAN, L.V.N.; DEBORAH SAEGER, MFT; THOMAS HAMMOND, L.V.N.; and DOES 7–20; individually, jointly, and severally,<br><br>　　　　Defendants. | Case No. 2:19-cv-01722-JAM-DB<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Case No. 2:19-cv-01722-JAM-DB:  STIP AND ORDER OF DISMISSAL

1. Plaintiff Katherine Johnson, and Defendants California Forensic Medical Group, Inc., Correctional Medical Group Companies, Inc., Wellpath Management, Inc., Wellpath LLC, and Amanda Ream, R.N., by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims between Plaintiff and Defendants, with the parties to bear their own costs and attorneys' fees. With this final dismissal, the entire action can be dismissed.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 22, 2023                HADDAD & SHERWIN LLP

                                      /s/ *Julia Sherwin*
                                      JULIA SHERWIN
                                      Attorneys for Plaintiff

Dated: August 22, 2023                MEDICAL DEFENSE LAW GROUP

                                      /s/ *Paul A. Cardinale*
                                      PAUL A. CARDINALE
                                      Attorneys for Defendants
                                      CALIFORNIA FORENSIC MEDICAL GROUP, INC.; CORRECTIONAL MEDICAL GROUP COMPANIES, INC.; WELLPATH MANAGEMENT, INC.; WELLPATH LLC; AMANDA REAM, R.N.

**ORDER**

Pursuant to stipulation of the parties, and for good cause,

**IT IS SO ORDERED.**

Dated: August 22, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE